# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MICHAEL P. ANDREWCHUK,
　　　　　　Plaintiff

V.

CIVIL ACTION NO.

## 04 CV 10263 WGY

ALAN L. LEBOVIDGE, Commissioner of
　　　DEPARTMENT of REVENUE (DOR),
MARILYN RAY SMITH, Deputy COMM.,DOR, OF
　　　The Child Support Enforcement Division,
MARGARET ID# 5004,Agent for Child Support Enforcement
　　　　　　　　　Division,
RODNEY G. LISEE, Agent for Child  Support Enforcement
　　　　　　　　　Division,

PAULA D. ANDREWCHUK,
ATTORNEY DANIEL McCARTHY,
EDWARD J. ROCKETT, PROBATE and FAMILY COURT
　　　　　JUSTICE for MASSACHUSETTS,
JOHN W. SNOW, SECRETARY OF U.S. TREASURY,
RICHARD L. GREGG, COMMISSIONER FINANCIAL MGT. SERVICE,
J. MARTIN MILLS, ASST. COMMISSIONER, DEPT. of
　　　TREASURY, FINANCIAL MANAGEMENT
　　　　　　Service,

DR. SHERRI Z. HELLER, FEDERAL COMMISSIONER OF
　　　CHILD SUPPORT ENFORCEMENT (OCSE),

**MAGISTRATE JUDGE** Alexandy

RECEIPT # _____ 53650 _____
AMOUNT $ _____ 150 _____
SUMMONS ISSUED _____ 11 _____
LOCAL RULE 4.1 _____
WAIVER FORM _____ 0 _____
MCF ISSUED _____ no _____
BY DPTY. CLK. _____
DATE _____ 2-9-04 _____

### ADDRESSES FOR PLAINTIFF
### And DEFENDANTS

PLAINTIFF:

　　　　MICHAEL P. ANDREWCHUK
　　　　10 KENDALL STREET
　　　　LAWRENCE, MASS.   01841
　　　　(978)682-5988

DEFENDANTS:

ALAN L. LeBOVIDGE
51 SLEEPER STREET
P.O. BOX9494
BOSTON, MASS.  02205
TEL: (617)887-6367

MARILYN RAY SMITH
51 SLEEPER STREET
P.O. BOX 9494
BOSTON, MASS.  02205
(800)332-2733

MARGARET ID # 5004
Child Support Enforcement Division
P.O. Box 4068
BOSTON, MASS.  02205
(800)332-2733

RODNEY G. LISEE
CHILD SUPPORT ENFORCEMENT DIVISION
115 STATE STREET
SPRINGFIELD, MASS.  01103
(413)452-1040

PAULA D. ANDREWCHUK
469 WAVERLY ROAD
NORTH ANDOVER, MASS. 01845
(978)685-3594

ATTORNEY DANIEL McCARTHY
ATTORNEY AT LAW
261 COMMON STREET
LAWRENCE, MASS. 01840
(978)681-0302

EDWARD J. ROCKETT
MASS. PROBATE and FAMILY COURT JUSTICE
208 CAMBRIDGE STREET
CAMBRIDGE, MASS. 02141-0005
(617)768-5899

JOHN W. SNOW, SECRETARY of U.S.>
DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20220
(202)622-2000

RICHARD L. GREGG
COMMISSIONER OF FIN.MGT. SERVICE
401 14th street, S.W.
WASHINGTON, D.C. 20
(202) 874-7000

J. MARTIN MILLS
ASST.' COMMISSIONER of FINANCIAL
MANAGEMENT SERVICE
401 14th STREET, S.W. ROOM 556C
WASHINGTON, D.C. 20227
(202)874-7000

DOCTOR  SHERRI Z. HELLER
COMM. Of the FEDERAL OFFICE
CHILD SUPPORT ENFORCEMENT
370 L'ENFANT PROMENADE, S.W.
WASHINGTON, D.C. 20201

## JURISDICTION

The PLAINTIFF brings forward this 42 $ 1983 CIVIL RIGHTS suit where this

COURT complete and unchallenged jurisdiction, as the U.S. SUPREME COURT DECLARED

all 1983 suits should be filed in FEDERAL COURT because of political sensitivity and

unpopular PLAINTIFFS.

## COMPLAINT

THE DEFENDANTS, LeBOVIDGE, SMITH, MARGARET ID# 5004,Andrewchuk

conspired to falsify documents and forward them to the federal OFFICE of CHILD SUPPORT

ENFORCEMENT TO EXECUTE A FEDERAL TAX INTERCEPT, said DEFENDANTS

KNOWINGLY AND INTENTIONALLY VIOLATED FEDERAL LAW, by not first serving

the PLAINTIFF with required NOTICE TO INFORM HIM OF POSSIBLE CHILD SUPPORT

ARREARS, as required under FED. Law, 42 U.S.C.S. 664, this was done during the calendar

month of MARCH,2003, the tax intercept was executed by the Financial Man. Service on or

about May 2,2003 for the amount of $685.00

The foregoing defendants also by violating Fed. Law 42 U.S.C.S. 664, UNDER

STATE LAW, M.G.L.A. 119D $ 6 (b), were required to serve NOTICE prior to fed. TAX

INTERCEPT, they knowingly violated state LAW.

The foregoing DEFENDANTS violated MASS. STATE LAW, M.G.L.119, 6(B) (2)

WHEN they intercepted the PLAINTIFF'S STATE TAX REFUND, IN THE sum

OF $301.00 plus $10.00 processing fee, date of intercept May 31,2003 without serving

the PLAINTIFF with the required NOTICE prior to the tax intercept.

THE FOREGOING defendants knowingly and intentionally VIOLATED FEDERAL

LAW WHEN UPON RECEIVING the PLAINTIFF's REQUEST FOR REVIEW, they DENIED

the PLAINTIFF A HEARING within twenty-one days,(21),as required under FED.LAW

45 C.F.R. $303.72 (F)., DATE OF plaintiff's request, June 4,2003.

The foregoing DEFENDANTS by depriving the PLAINTIFF OF A hearing UPON

receipt of his REQUEST FOR REVIEW, KNOWINGLY VIOLATED STATE LAW M.G.L.A.

C.62D $ 6, again to be scheduled within twenty-one days,(21), date of PLAINTIFF'S REQUEST

FOR REVIEW WAS JUNE 4,2003.

The foregoing DEFENDANTS then CONSPIRED with DEFENDANTS ANDREWCHUK, McCARTHY, and ROCKETT to create a SEPARATION AGREEMENT where the PLAINTIFF and DEFENDANT ANDREWCHUK under MASS. LAW, 208 1A, where DEFENDANT ROCKETT instructed DEFENDANT McCARTHY TO include language that the PLAINTIFF OWED BACK CHILD SUPPORT, WHERE ALL defendants knew of the pending REVIEW still with the DOR, where then DEFENDANT ROCKETT would then issue JUDGMENT FOR DIVORCE NISI DATED August 28,2003 accepting the SEPARATION AGREEMENT but as part of his ORDER he preserved the "ALLEGED CHILD SUPPORT ARREARAGES, DEFENDANT ROCKETT knew that he lacked complete jurisdiction to issue said ORDER, where DEFENDANT ROCKETT knowingly violated Mass. Law M.G.L. C.119A, $ 7B (11).

Defendants SNOW, MILLS, HELLER and GREGG then violated FED.LAW 26 U.S.C.S. 7422, upon receipt of the PLAINTIFF'S CLAIM for REFUND dated October 15,2003, conspiring with DEFENDANTS LeBOVIDGE, and SMITH issued NOTICE of DENIAL by knowingly making FALSE STATEMENTS, said NOTICE dated December 16,2003.

DEFENDANT LISEE conspiring with DEFENDANTS LeBOVIDGE, SMITH, issued a "final determination letter,' dated January 22,2004 stating that the PLAINTIFF owed $392.00, a NOTICE that was full of intentionally false statements , untimely and unlawful.

The PLAINTIFF brings forward this 42 $1983 civil rights COMPLAINT where the above-named DEFENDANTS knowingly, intentionally and with the highest degree of

malice violated FEDERAL and STATE laws in the unconstitutional deprivation of the

PLAINTIFF'S property, the most willful deprivation of the PLAINTIFF'S FIFTH and

FOURTEENTH amendments of the UNITED STATES CONSTITUTION.


### Background

The above deprivations inflicted upon the PLAINTIFF arose when the

PLAINTIFF filed a DIVORCE COMPLAINT on February 1,2002, where he was suing the

defendant, Paula D. ANDREWCHUK on grounds of adultery and irretrievable breakdown of

their marriage, this action was filed in Lawrence Probate Court. Lawrence, Mass., docket

no.02D-0239-DVI, the aforementioned tax intercepts were followed where the PLAINTIFF

and Defendant Paula Andrewchuk under Mass. Law came to a settlement of their property

and financial interests, estimated worth of $500,000.00 and because of the DEFENDANTS

UNLAWFUL MISCONDUCT, the DIVORCE is just sitting, depriving the PLAINTIFF

OF HIS GUARANTEED rights to LIFE, LIBERTY and the PURSUIT of HAPPINESS

where he is unable to have access to his finances, this being the compelling motive by

DEFENDANTS LeBOVIDGE, SMITH and ROCKETT.


### Count 1-FEDERAL LAW-

1. Defendants LeBOVIDGE, SMITH, MARGARET ID5004 knowingly, intentionally

   And maliciously violated FED. LAW 42 U.S.C.S. 664, BY FALSIFYING Government

   Documents and then forwarded to the Federal  office of Child Support Enforcement

   Who proceeded to execute the federal tax intercept on May 2,2003.

2. Defendants LeBOVIDGE, SMITH and MARGARET ID #5004 VIOLATED FED.LAW

   45 C.F.R. $ 303.72 (f)  when they knowingly and intentionally DENIED the PLAINTIFF

   A scheduled hearing upon the PLAINTIFF'S REQUEST FOR REVIEW, dated June 4,

   2003.

WHEREFORE, the PLAINTIFF demands judgment against the DEFENDANTS;

   a. That the DAMAGE ACTUALLY CAUSED to the PLAINTIFF be

      Established.

   b. That the DAMAGE consequently caused to the PLAINTIFF be

      Established.

   c. That the DAMAGES be assessed against ALL DEFENDANTS.

   d. AND for such other relief that this COURT deems fair and just.


### Count 2-STATE LAW

3. The PLAINTIFF repeats and realleges each and every allegation contained in

   Paragraphs 1-2 of Count 1 of the PLAINTIFF'S complaint and incorporates them

   Herein by reference.

4. DEFENDANTS LeBOVIDGE, SMITH and MARGARET ID #5004 knowingly,

   Intentionally and maliciously violated Mass. State Law, M.G.L. 119d $6 (B)(2)

   BY not serving the PLAINTIFF with the required NOTICE prior to their unlawful

   Intercept of the PLAINTIFF'S State Refund, on May 31,2003.

5. DEFENDANTS LeBOVIDGE, SMITH and MARGARET ID #5004 KNOWINGLY

And intentionally and maliciously violated Mass. LAW M.G.L. C.62D $6 DEPRIVING

The PLAINTIFF of a scheduled hearing within twenty-one days upon receipt of the

PLAINTIFF'S REQUEST FOR ADMINISTRATIVE REVIEW.

Wherefore the PLAINTIFF demands judgment against the DEFENDANTS :

      a. That the DAMAGE actually caused to the PLAINTIFF be established.

      b. That the DAMAGE consequently caused to the PLAINTIFF be

        Established.

      c. That the DAMAGES be assessed against ALL DEFENDANTS.

      d. AND for such other relief that this honorable COURT may deem fair

        And just.

### COUNT 3-JURISDICTION

6. The PLAINTIFF repeats and realleges each and every allegation contained in paragraphs

   1-2 of COUNT 1 and paragraphs 3-5 of Count 2 of this complaint and by reference

   Incorporates them into this count.

7. DEFENDANTS ANDREWCHUK, McCARTHY and ROCKETT conspiring with

   DEFENDANTS LeBOVIDGE, SMITH and MARGARET ID#5004 produced a

   "Separation agreement" for Divorce dated August 28,2003 and a Judgment for

   Divorce Nisi where Defendant ROCKETT preserved "alleged child support arrears,

   Knowingly aware of the PLAINTIFF'S administrative review still pending, where

   The DEFENDANTS lacked jurisdiction, more importantly Defendant ROCKETT issuing

   A judicial ORDER where he lacked complete jurisdiction to rule upon any child

   Support Arrears.

Wherefore, the PLAINTIFF demands judgment against the defendants;

    a.  That the DAMAGE actually caused to the PLAINTIFF be established.

    b.  That the DAMAGE consequently caused to the PLAINTIFF be established.

    c.  That the DAMAGES be assessed against ALL DEFENDANTS.

    d.  AND for such other relief that this honorable COURT may deem fair And just.

### COUNT 4-DECEIT/FRAUD

8.  The PLAINTIFF repeats and realleges each and every allegation contained in paragraphs 1-2 of COUNT 1, and paragraphs 3-5 of COUNT 2, and paragraphs 6-7 of COUNT 3 Of this complaint and by reference incorporates them into this count.

9.  DEFENDANTS SNOW, MILLS, HELLER, and GREGG knowing that the PLAINTIFF federal Tax refund was unlawfully intercepted by Mass, OFFICIALS, knowingly, intentionally And maliciously prepared a NOTICE of DENYING PLAINTIFF'S Claim for REFUND Dated December 16,2003 by making false and deceiving statements of FACT.

10. Defendant LISEE conspiring with defendants LeBOVIDGE, SMITH and MARGARET ID #5004 prepared a letter of determination stating that the PLAINTIFF owed back child Support, a letter full of false, misleading and deceiving statements.

WHEREFORE, the PLAINTIFF demands judgment against the DEFENDANTS;

    a.  That the DAMAGE actually caused to the PLAINTIFF be established.

    b.  That the DAMAGE consequently caused to the PLAINTIFF be established.

c. That the DAMAGES be assessed against al DEFENDANTS .

d. And for such other relief that this Court deems fair and just.

## COUNT 5-CONSTITUTIONAL DEPRIVATION

11. The PLAINTIFF repeats and realleges each and every allegation contained within Paragraphs 1-2 of COUNT 1, and paragraphs 3-5 of COUNT 2, and paragraphs 6-7 Of COUNT 3,and paragraphs 8-10 of COUNT 4 of this complaint and by reference Incorporates   them into this count ..

12. THAT all DEFENDANTS within COUNTS 1-4 knowingly, intentionally, and with The highest degree of malice violated the PLAINTIFF's fifth amendment of the UNITED STATES CONSTITUTION, the unlawful deprivation of the PLAINTIFF'S Property.

13. That all DEFENDANTS within COUNTS 1-4 knowingly, intentionally, and with The highest degree of MALICE violated the PLAINTIFF'S fourteenth amendment To the UNITED STATES CONSTITUTION, due process and equal protection of State and federal LAWS.

WHEREFORE, THE plaintiff DEMANDS judgment against ALL DEFENDANTS :

a. THAT the DAMAGE actually caused to the PLAINTIFF be established.

b. That the DAMAGE consequently caused to the PLAINTIFF be Established.

c. That the DAMAGES be assessed against ALL DEFENDANTS within COUNTS 1-4.

d. AND for such other relief that this COURT deems fair and just.

## COUNT 6-PAIN AND SUFFERING, AND  EMOTIONAL

## DISTRESS.

14. The PLAINTIFF  repeats and  realleges  each every allegation contained within

 Paragraph 1-2 COUNT 1, and paragraphs 3-5 of COUNT 2, and paragraphs 6-7

 Of COUNT 3, and paragraphs 8-10 of COUNT 4, and paragraphs 11-13 of COUNT 5

 Of this complaint and by reference Incorporates them into this count.

15. That ALL DEFENDANTS within COUNTS 1-4 knowingly, intentionally and

 Willfully violated the PLAINTIFF's fifth and fourteenth amendments as so

 Stated within COUNT 5, as a result inflicted pain and suffering, and emotional

 Distress upon the PLAINTIFF.

WHEREFORE, the PLAINTIFF demands judgment against ALL DEFENDANTS:

  a.  That the DAMAGE actually caused to the PLAINTIFF be established.

  b.  That the DAMAGE consequently caused to the PLAINTIFF be

   Established.

  c.  That the DAMAGES be assessed against ALL DEFENDANTS within

   COUNTS 1-4.

  d.  AND for such relief that this COURT deems fair and just.


## DAMAGES

THE PLAINTIFF prays that all DEFENDANTS be ORDERED to pay the PLAINTIFF

at least:

b

  1. DEFENDANTS LeBOVIDGE, SMITH, MARGARET ID #5004 TO refund

The PLAINTIFF's STATE REFUND of #311.00, trebled, plus interest

2. DEFENDANTS LeBOVIDGE, SMITH, MARGARET ID #5004, and

LISEE the sum of $5,000.00 for compensatory damages EACH,

$100,000.00 in punitive damages EACH.

3. DEFENDANTS ANDREWCHUK, McCARTHY, and ROCKETT the

Sum of $5,000.00 EACH in compensatory damages, and $100,000.00

In punitive damages EACH.

4. DEFENDANTS SNOW, MILLS, HELLER, and GREGG to REFUND the

PLAINTIFF'S FEDERAL TAX REFUND of $685.00, trebled, plus interest, plus

$5,000.00 In compensatory damages    EACH, plus $10,000.00 in punitive

damages EACH.

5. All COURT COSTS incurred by the PLAINTIFF in the litigation of this

Action.

## JURY TRIAL BY HIS PEERS

The PLAINTIFF request a JURY TRIAL.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this
3rd day of February, 2004.

Michael P. Andrewchuk
Respectfully submitted,

Michael P. Andrewchuk
10 Kendall Street
Lawrence, Mass. 01841
(978) 682-5988