UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. ANDREWCHUK,<br><br>Plaintiff,<br><br>v.<br><br>ALAN L. LEBOVIDGE, Commissioner of Department of Revenue (DOR,<br>MARILYN RAY SMITH, Deputy Comm., DOR of the Child Support Enforcement Division,<br>MARGARET ID# 5004, Agent for Child Support Enforcement Division,<br>RODNEY G. LISEE, Agent for Child Support Enforcement Division,<br>PAULA D. ANDREWCHUK, ATTORNEY DANIEL MCCARTHY,<br>EDWARD J. ROCKETT, Probate and Family Court Justice for Massachusetts,<br>JOHN W. SNOW, Secretaray of U.S. Treasury,<br>RICHARD L. GREGG, Commissioner Financial Mgt. Service, J. MARTIN MILLS, Asst. Commissioner, Dept. of Treasury, Financial Management Service, DR. SHERRI Z. HELLER, Federal Commissioner of Child Support Enforcement (OCSE)<br><br>Defendants. | C. A. No. 04 CV 10263 WGY |

FILED
CLERKS OFFICE
2004 MAR 24 P 12: 28
DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of the undersigned as the attorney for the defendant, Edward J. Rockett, Probate and Family Court Justice for Massachusetts, in the above-entitled case.

COMMONWEALTH OF MASSACHUSETTS
By its Attorneys

                                                THOMAS F. REILLY
                                                ATTORNEY GENERAL

                                                */s/ Franco J. GoBourne*

                                                Franco J. GoBourne, BBO # 567143
                                                Assistant Attorney General
                                                Government Bureau/Trial Division
                                                200 Portland Street, 3rd Floor
                                                Boston, MA 02114
                                                (617) 727-2200, Ext. 3329

Date:   March 23, 2004

## CERTIFICATE OF SERVICE

I, Franco J. GoBourne, Assistant Attorney General, hereby certify that I have this day, March 23, 2004, served the foregoing **document**, upon all parties, by mailing a copy, Certified Mail to:

> Michael P. Andrewchuk, Esq.
> 10 Kendal Street
> Lawrence, MA 01841

_____
Franco J. GoBourne
Assistant Attorney General
Trial Division