| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael P. andrewchuk | 04cv10263WGY |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Alan LeBovidge | in-hand |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Marilyn Ray Smith for Margaret ID#5004, Dep. Comm. of Child support, DOR.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
51 Sleeper St., Boston, Mass. 02205

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Andrewchuk
10 Kendall St.
Lawrence, Mass. 01841

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | xx |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

"Official Capacity," Mon.-Fri. 9:00 a.m. -5 p.m.

Signature of Attorney or other Originator requesting service on behalf of:  [x] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (978) 682-5988
DATE: 2/29/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 3/22/04

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
KATHRYN DUARTE - PROGRAM CO-ORDIN

Address (complete only if different than shown above)
100 CAMBRIDGE ST
BOSTON, MA

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3-24-04
Time: 3:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: 3-23-04 - BUILDING AT ABOVE ADDRESS CLOSED.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

MICHAEL P. ANDREWCHUK

V.

ALAN L. LeBOVIDGE ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 CV 10263 WGY

TO: (Name and address of Defendant)

MARGARET ID #5004
CHILD SUPPORT ENFORCEMENT DIVISION
P.O. BOX   4068
BOSTON, MASSACHUSETTS   02205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL P. ANDREWCHUK
10 KENDALL STREET
LAWRENCE, MASSACHUSETTS   01841

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 2-9-04

(By) DEPUTY CLERK