UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL P. ANDREWCHUK, plaintiff ) <br> ) <br> v. ) <br> ) <br> ALAN L. LeBOVIDGE, ET, AL. defendant, (s) ) | CIVIL ACTION NO.04cv10263WGY |

PLAINTIFF'S MOTION FOR DEFAULT

Now comes the Plaintiff, Michael P. Andrewchuk, pro-se, and pursuant to Fed. Rules of Civil Procedure moves this honorable Court to ALLOw his Motion for Default against Defendant Paula D. Andrewchuk as reasons for: 1) The Plaintiff upon payment to the U.S. Marshals Service, fee of $45.00 plus mileage, the Defendant was served in hand by a U.S. Marshal on March 5,2004 at 1:27 P.M. personally, this some 34 days ago, please see attached copy of Process Receipt and Return completed by a U.S. Marshal, 2) Along with the civil complaint the defendant was also served a summons notarized by the Clerk of this Court, please see attached copy dated February 9,2004, where clearly it states paraphrasing, that the Defendant has 20 days to serve on Plaintiff's Attorney his/her answer, , if not, and the Plaintiff quotes," If you fail to do so, judgment by Default will be taken against you for the reliefdemanded in the complaint," end of quote. Clearly, a reasonable person concludes, that the Defendant has no respect for this Court or its rules, and the PLAINTIFF would be remiss, he is now divorced from the Defendant, he sees the Defendant at least twice a week when

he picks up his two daughters for visitation, and the day after the defendant was served, she told the PLAINTIFF, and quote," You can wipe your ass with this civil suit," end of quote, the PLAINTIFF apologizes for this inappropriate language, he has nothing but the highest respect for this COURT.

ACCORDINGLY, this Honorable Court must ALLOW PLAINTIFF's Motion for Default, must not accept any filings in the future from the Defendant, and ORDER that the Defendant, Paula D. Andrewchuk is in Default, and ORDER her immediately to pay the PLAINTIFF for the RELIEF Demanded in the complaint.

    SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
this 9th day of april, 2004.

                            Michael P. Andrewchuk

                            Respectfully submitted,

                            Michael P. Andrewchuk,
                                plaintiff, pro-se
10 Kendall Street
Lawrence, Mass. 01841
tel(978)682-5988

CERTIFICATE OF SERVICE

I, Michael P. Andrewchuk, plaintiff do hereby certify that a true copy of the Plaintiff's Motion for Default was mailed to the following defendant by first class mail, postage prepaid: this 9th day April, 2004.
       Paula D. Andrewchuk
       469 Waverly Road
       No. andover, Mass. 01845

                                        Michael P. Andrewchuk

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL P. ANDREWCHUK | 04CV10263WGY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| PAULA D. ANDREWCHUK | in-hand |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

PAULA D. ANDREWCHUK

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 469 WAVERLY RD., NORTH ANDOVER, MASS. 01845

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. ANDREWCHUK
10 KENDALL ST.
LAWRENCE, MASS. 01845

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | XX |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

MONDAY-FRIDAY, 8:00 A.M.-5 P.M.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

Michael P Andrewchuk pro se

TELEPHONE NUMBER: (978) 682-5988   DATE: 2/29/04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1   District of Origin No. 38   District to Serve No. 38

Signature of Authorized USMS Deputy or Clerk: [signature]   Date: 3/3/04

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/5/04   Time: 1:27 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | — | | 45.00 | | |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

MICHAEL P. ANDREWCHUK
V.

ALAN L. LeBOVIDGE ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 cv 10263 WGY

TO: (Name and address of Defendant)

PAULA D. ANDREWCHUK
469 WAVERLY ROAD
NORTH ANDOVER, MASSACHUSETTS   01845

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL P. ANDREWCHUK
10 KENDALL STREET
LAWRENCE, MASSACHUSETTS   01841

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



2-9-04
DATE

(By) DEPUTY CLERK