UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL P. ANDREWCHUK, <br> plaintiff | ) <br> ) <br> ) |  |
| V. | ) <br> ) | Civil action no. 04cv10263WGY |
| ALAN L. LeBOVIDGE, ET. AL. <br> defendant(s) | ) <br> ) <br> ) |  |

PLAINTIFF'S MOTION FOR DEFAULT

Now comes the Plaintiff, Michael P. Andrewchuk, pro-se, and pursuant to Fed. rules of Civil Proceduse moves this honorable Court to Allow his Motion for Default against Defendant Attorney Daniel McCarthy, as reasons for: 1) The Plaintiff paid the U.S. Marshal a fee of $45.00 plus mileage as required to serve defendant, said Defendant was served on March 5,2004 at 1:55 P.M. personally, please see attached copy of the Process Receipt and Return completed by the U.S. Marshal who served the Defendant, this some 34 days ago, 2) The Defendant is an Attorney, an officer of the Court, he was served along with the civil complaint a summons notarized by the Clerk of this honorable Court dated February 9,2004, please see attached copy, being an officer of the Court, upon reviewing the summons, he had 20 days to answer and served upon the PLAINTIFF, knowing if he failed, he would be in Default, as stated earlier, some 34 days have elapsed, for an officer of the Court, this is the most blatant Contempt for the Court.

ACCORDINGLY, the Court must ALLOW Plaintiff'S Motion for Default, cannot accept any filings in the future from the Defendant to this civil suit,

and ORDER the DEFENDANT,ATTORNEY DANIEL McCARTHY to pay the PLAINTIFF the RELIEF demanded in the complaint immediately.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9TH DAY OF april,2004.

*Michael P. Andrewchuk*
Michael P. Andrewchuk

Respectfully submitted,

*Michael P. Andrewchuk*
Michael P. Andrewchuk,
plaintiff,pro-se
10 Kendall Street
Lawrence,Mass. 01841
tel(978)682-5988

CERTIFICATE OF SERVICE

I, Michael P. Andrewchuk,plaintiff, dp hereby certify that a true copy of The Plaintiff's Motion for Default was mailed by first class mail,postage prepaid, this 9th day of April,2004 to the following DEFENDANT:

ATTORNEY DANIEL McCARTHY
261 COMMON STREET
LAWRENCE,MASS. 01840

*Michael P. Andrewchuk*
Michael P. Andrewchuk

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>MICHAEL P. ANDREWCHUK | COURT CASE NUMBER<br>04CV10263WGY |
|---|---|
| DEFENDANT<br>DANIEL McCARTHY, ESQ. | TYPE OF PROCESS<br>in-hand  5-C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ATTORNEY DANIEL McCARTHY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 261 COMMON ST., LAWRENCE, MASS. 01840

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. ANDREWCHUK
10 KENDALL ST.
LAWRENCE, MASS. 01841

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | XX |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

MONDAY-FRIDAY, 9:00 A.M.-5 P.M.

Signature of Attorney or other Originator requesting service on behalf of:
*michael p andrewchuk pro'se*  ☐ PLAINTIFF ☒ DEFENDANT
TELEPHONE NUMBER: (978) 682-5988
DATE: 2/29/04.

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/3/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3 5 4   Time: 1 5 5  ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>45.00 | Total Mileage Charges (including endeavors)<br>19.71 | Forwarding Fee | Total Charges<br>64.71 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED     **3. NOTICE OF SERVICE**     FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

MICHAEL P. ANDREWCHUK

V.
ALAN L. LeBOVIDGE ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 CV 10263 WGY

TO: (Name and address of Defendant)

DANIEL McCARTHY, ESQ.
ATTORNEY AT LAW
261 COMMON STREET
LAWRENCE, MASSACHUSETTS  01840

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL P. ANDREWCHUK
10 KENDALL STREET
LAWRENCE, MASSACHUSETTS   01841

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    2-9-04

CLERK                                                                                 DATE

(By) DEPUTY CLERK