UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. ANDREWCHUK,<br><br>Plaintiff,<br><br>v.<br><br>ALAN L. LEBOVIDGE, Commissioner of Department of Revenue (DOR,<br>MARILYN RAY SMITH, Deputy Comm., DOR of the Child Support Enforcement Division,<br>MARGARET ID# 5004, Agent for Child Support Enforcement Division,<br>RODNEY G. LISEE, Agent for Child Support Enforcement Division,<br>PAULA D. ANDREWCHUK, ATTORNEY DANIEL MCCARTHY,<br>EDWARD J. ROCKETT, Probate and Family Court Justice for Massachusetts,<br>JOHN W. SNOW, Secretaray of U.S. Treasury,<br>RICHARD L. GREGG, Commissioner Financial Mgt. Service, J. MARTIN MILLS, Asst. Commissioner, Dept. of Treasury, Financial Management Service, DR. SHERRI Z. HELLER, Federal Commissioner of Child Support Enforcement (OCSE)<br><br>Defendants. | C. A. No. 04 CV 10263 WGY |

**ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO SERVE
AND FILE A RESPONSIVE PLEADING TO THE COMPLAINT**

The Defendants, Judge Edward J. Rockett, Alan LeBobidge, Marilyn Ray Smith, Rodney Lisee, Margaret Cravotta, move for an order granting them leave to serve and file a responsive pleading to the Complaint in this matter outside the time provided by the rules, but on or before May 10, 2004. As grounds for this motion, the defendant states:

1. This is an action by plaintiff alleging deprivation of the plaintiff's civil rights and

conspiracy to violate plaintiff's civil rights in violation of the Federal Civil Rights Act, 42 U.S.C. § 1983.

2. The undersigned Assistant Attorney General was assigned this matter, immediately after it was received by the Office of the Attorney General on March 18, 2004.

3. The Office of the Attorney General today, April 8, received the last letter of representation form an employee of the Massachusetts Department of Revenue.

4. The Office of the Attorney General is also still awaiting the case file, and would like to file a responsive pleading following review of this file due to the confusing nature of the complaint.

5. On April 8, 2004, counsel for the defendants received a response from the plaintiff assenting to the defendants' request for an extension.

6. The plaintiff has agreed to accept service of this motion via U.S. mail.

Wherefore, the Defendants, Judge Edward J. Rockett, Alan LeBovidge, Marilyn Ray Smith, Rodney Lisee, Margaret Cravotta, respectfully request that the Court enter an order extending the time to respond to the Complaint for a short period, up to and including May 10, 2004.

COMMONWEALTH OF MASSACHUSETTS
THOMAS F. REILLY
ATTORNEY GENERAL

Franco J. GoBourne, BBO # 567143
Assistant Attorney General
Government Bureau/Trial Division
200 Portland Street, 3rd Floor
Boston, MA 02114
(617) 727-2200, Ext. 3329

ASSENTED TO:

/s/ Michael P. Andrewchuk
Michael P. Andrewchuk, Esq.
10 Kendall Street
Lawrence, MA 01841
Tel. (978) 682-5988

## CERTIFICATE OF SERVICE

I, Franco J. GoBourne, Assistant Attorney General, hereby certify that I have this day, April 9, 2004, served the foregoing **document**, upon all parties, by mailing a copy, Certified Mail to:

>Michael P. Andrewchuk, Esq.
>10 Kendal Street
>Lawrence, MA 01841

Franco J. GoBourne
Assistant Attorney General
Trial Division