**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL P. ANDREWCHUK | 04CV10263WGY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| RICHARD L. GREGG, Comm. of Fin.Mgt. Services | Certified-mail |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Richard L. Gregg, Comm. Fin. Mgt. Ser.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Financial Management Services, 401 14th St., S.W., Washington, D.C. 20227

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. ANDREWCHUK
10 Kendall St.
Lawrence, Mass. 01841

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | XX |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Certfied mail-return receipt requested

Signature of Attorney or other Originator requesting service on behalf of:
Michael P. Andrewchuk pro'se   xx☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (978) 682-5988
DATE: 2/29/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 38 | No. 16 | Nancy [signature] | 3/3/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)



# Track & Confirm

**Current Status**

You entered 7002 0510 0004 3542 6511

Your item was delivered at 7:53 am on March 09, 2004 in WASHINGTON, DC 20227.

( Shipment Details > )

**Notification Options**

▸ Track & Confirm by email    What is this?   ( Go > )



**Track & Confirm**

Enter label number:

Track & Confirm FAQs   ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

MICHAEL P. ANDREWCHUK

V.

ALAN L. LeBOVIDGE ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 CV 10263 WGY**

TO: (Name and address of Defendant)

> RICHARD L. GREGG, COMMISSIONER OF
> FINANCIAL MANAGEMENT SERVICE
> 401 14th STREET, S.W.
> WASHINGTON, D.C. 20227

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> MICHAEL P. ANDREWCHUK
> 10 KENDALL STREET
> LAWRENCE, MASSACHUSETTS 01841

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  2-9-04