# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** MICHAEL P. ANDREWCHUK | **COURT CASE NUMBER** 04CV10263WGY |
| **DEFENDANT** JOHN W. SNOW | **TYPE OF PROCESS** certified mail |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOHN W. SNOW, SECRETARY-U.S. DEP. OF TREASURY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
UNITED STATES DEPARTMENT OF TREASURY, 1500 PENNSLYVANIA AVE., N.W. WASHINGTON, D.C. 20220

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. ANDREWCHUK
10 KENDALL ST.
LAWRENCE, MASS. 01841

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | XX |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Certified mail-return receipt requested

Signature of Attorney or other Originator requesting service on behalf of: _michael p andrewchuk pro se_
xx PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (978) 682-5988
DATE: 2/29/04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 38
District to Serve No. 16
Signature of Authorized USMS Deputy or Clerk: _Nancy Delaware_
Date: 3/3/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

---

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     **FORM USM-285 (Rev. 12/15/80)**



# Track & Confirm

**Current Status**

You entered 7002 0510 0004 3542 6504

Your item was delivered at 7:43 am on March 09, 2004 in WASHINGTON, DC 20220.

*Shipment Details >*

**Notification Options**

▸ Track & Confirm by email   What is this?   ( Go > )

**Track & Confirm**

Enter label number:

Track & Confirm FAQs   ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use   Privacy Policy

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

MICHAEL P. ANDREWCHUK

V.

ALAN L. LeBOVIDGE ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 CV 10263 WGY**

TO: (Name and address of Defendant)

JOHN W. SNOW, SECRETARY
UNITED STATES DEPARTMENT OF TREASURY
1500 PENNSLYVANIA AVE. N.W.
WASHINGTON, D.C.   20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL P. ANDREWCHUK
10 KENDALL STREET
LAWRENCE, MASSACHUSETTS   01841

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE -9-04