DATED:  APRIL 23,2004

OFFICE OF THE CLERK, CIVIL
UNITED STATES DISTRICT COURTHOUSE
FOR THE DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS  02210


RE:   MICHAEL P. ANDREWCHUK   V.   ALAN L. LeBOVIDGE ET AL.,
      U.S.D.C. C.A. #04-10263-WGY


Dear Clerk;


        Please forgive my indulgence, I received in the mail
a notice dated April 16,2004, please see attached copy, where the Court
granted an extension, please take notice, the notice states that my
city address is:

        Cambridge, Mass, 01841, this is wrong, it is

        Lawrence,Mass. 01841.

     I, the PLAINTIFF in the above-entitled civil action, wanted to inform
the Court for this error.

     Thank you for your attention to this matter.


                                        Very truly yours,

                                        Michael P. Andrewchuk,
                                                 plaintiff,pro-se
                                        10 Kendall Street
                                        Lawrence,Mass. 01841
                                        tel(978)682-5988

MPA
enclosure

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bell, Marie entered on 4/16/2004 at 9:08 AM EDT and filed on 4/15/2004
Case Name: Andrewchuk v. Lebovidge et al
Case Number: 1:04-cv-10263
Filer:
Document Number:

Docket Text:
Judge William G. Young : ELECTRONIC ORDER entered granting [18] Motion for Extension of Time to Answer re [1] Complaint Alan L. Lebovidge, Rodney G. Lisee, Margaret ID #5004, Edward J. Rockett, Marilyn Ray Smith. ANSWER DUE 5/10/04. cc/cl (Bell, Marie)

The following document(s) are associated with this transaction:

1:04-cv-10263 Notice will be electronically mailed to:

Franco J. Gobourne    franco.gobourne@ago.state.ma.us

1:04-cv-10263 Notice will not be electronically mailed to:

Michael P. Andrewchuk
10 Kendall Street
Cambridge, MA 01841