UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-10263-WGY

MICHAEL P. ANDREWCHUK
Plaintiff

v.

DANIEL MCCARTHY
Defendant

NOTICE OF DEFAULT

Upon application of the Plaintiff, Michael P. Andrewchuk for an order of Default for failure of the Defendant, Daniel McCarthy, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on May 5, 2004.

Tony Anastas,
Clerk

By: /s/ Marie Bell
Deputy Clerk

Notice mailed to counsel of record and defendants.