UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. ANDREWCHUK,<br><br>Plaintiff,<br><br>v.<br><br>ALAN L. LEBOVIDGE, Commissioner of Department of Revenue (DOR, MARILYN RAY SMITH, Deputy Comm., DOR of the Child Support Enforcement Division, MARGARET ID# 5004, Agent for Child Support Enforcement Division, RODNEY G. LISEE, Agent for Child Support Enforcement Division, PAULA D. ANDREWCHUK, ATTORNEY DANIEL MCCARTHY, EDWARD J. ROCKETT, Probate and Family Court Justice for Massachusetts, JOHN W. SNOW, Secretaray of U.S. Treasury, RICHARD L. GREGG, Commissioner Financial Mgt. Service, J. MARTIN MILLS, Asst. Commissioner, Dept. of Treasury, Financial Management Service, DR. SHERRI Z. HELLER, Federal Commissioner of Child Support Enforcement (OCSE)<br><br>Defendants. | C. A. No. 04 CV 10263 WGY |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please withdraw the appearance of the undersigned as counsel for the defendant, Edward J. Rockett, Probate and Family Court Justice for Massachusetts, in the above-captioned case.

Attorney GoBourne is no longer employed by the Office of the Attorney General.

COMMONWEALTH OF MASSACHUSETTS
By its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Franco J. GoBourne, BBO # 567143
Assistant Attorney General
200 Portland Street
Boston, Ma 02114
(617) 727-2200, ext. 3329

Dated: May 3, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 5-7-04