UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. ANDREWCHUK,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAN L. LEBOVIDGE, Commissioner of Department of Revenue (DOR, MARILYN RAY SMITH, Deputy Comm., DOR of the Child Support Enforcement Division, MARGARET ID# 5004, Agent for Child Support Enforcement Division, RODNEY G. LISEE, Agent for Child Support Enforcement Division, PAULA D. ANDREWCHUK, ATTORNEY DANIEL MCCARTHY, EDWARD J. ROCKETT, Probate and Family Court Justice for Massachusetts, JOHN W. SNOW, Secretaray of U.S. Treasury, RICHARD L. GREGG, Commissioner Financial Mgt. Service, J. MARTIN MILLS, Asst. Commissioner, Dept. of Treasury, Financial Management Service, DR. SHERRI Z. HELLER, Federal Commissioner of Child Support Enforcement (OCSE)<br><br>    Defendants. | C. A. No. 04 CV 10263 WGY |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter the appearance of the undersigned as counsel for the defendant, Edward J. Rockett, Probate and Family Court Justice for Massachusetts, in the above-captioned case.

Attorney GoBourne is no longer employed by the Office of the Attorney General.

|  |  |
|---|---|
| Dated: May 7, 2004 | COMMONWEALTH OF MASSACHUSETTS<br>By its Attorneys,<br><br>THOMAS F. REILLY<br>ATTORNEY GENERAL<br><br>*/s/ David B. Stanhill*<br>David B. Stanhill, BBO # 654187<br>Assistant Attorney General<br>Office of the Attorney General<br>200 Portland Street<br>Boston, MA 02114<br>(617) 727-2200, ext. 3319 |

## **CERTIFICATE OF SERVICE**

I, David B. Stanhill, Assistant Attorney General, hereby certify that I have this day, May 7, 2004, served the foregoing **document(s)**, upon all parties, by mailing a copy, first class mail to:

Michael P. Andrewchuk
10 Kendall Street
Lawrence, MA 01841

Alan L. LeBovidge
51 Sleeper St.
P.O. Box 9494
Boston, MA 02205
(617) 887-6367

Marilyn Ray Smith
51 Sleeper St.
P.O. Box 9494
Boston, MA 02205
(617) 332-2733

Margaret Cravotta
Child Support Enforcement Division
P.O. Box 4068
Boston, MA 02205
(800) 332-2733

Rodney G. Lisee
Child Support Enforcement Division
115 State Street
Springfield, MA 01103
(413) 452-1040

Paula D. Andrewchuk
469 Waverly Road
North Andover, MA 01845
(978) 685-3594

Attorney Daniel McCarthy
Attorney At Law
261 Common Street
Lawrence, MA 01840
(978) 681-0302

John W. Snow
Secretary of U.S. Department
 of Treasury
1500 Pennsylvania Ave., NW
Washington, D.C. 20220
(202) 622-2000

Richard L. Gregg
Commissioner of Financial
 Management Service
401 14th Street, S.W.
Washington, D.C. 20227

J. Martin Mills
Assistant Commissioner of Financial
 Management Service
401 14th St., S.W., Room 556C
Washington, D.C. 20227
(202) 874-7000

Doctor Sherri Z. Heller
Comm. of the Federal Office
Child Support Enforcement
370 L'Enfant Promenade, S.W.
Washington, D.C. 20201

_____
David B. Stanhill
Assistant Attorney General
Trial Division