UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. ANDREWCHUK,<br><br>Plaintiff,<br><br>v.<br><br>ALAN L. LEBOVIDGE, Commissioner of Department of Revenue (DOR,<br>MARILYN RAY SMITH, Deputy Comm., DOR of the Child Support Enforcement Division,<br>MARGARET ID# 5004, Agent for Child Support Enforcement Division,<br>RODNEY G. LISEE, Agent for Child Support Enforcement Division,<br>PAULA D. ANDREWCHUK, ATTORNEY DANIEL MCCARTHY,<br>EDWARD J. ROCKETT, Probate and Family Court Justice for Massachusetts,<br>JOHN W. SNOW, Secretaray of U.S. Treasury,<br>RICHARD L. GREGG, Commissioner Financial Mgt. Service, J. MARTIN MILLS, Asst. Commissioner, Dept. of Treasury, Financial Management Service, DR. SHERRI Z. HELLER, Federal Commissioner of Child Support Enforcement (OCSE)<br><br>Defendants. | COPY<br><br>C. A. No. 04 CV 10263 WGY |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of the undersigned as counsel for the defendant, Edward J. Rockett, Alan L. LeBovidge, Marilyn Ray Smith, Margaret ID # 5004 and Rodney G. Lisee Probate and Family Court Justice for Massachusetts, in the above-captioned case. Attorney

GoBourne is no longer employed by the Office of the Attorney General.

COMMONWEALTH OF MASSACHUSETTS
By its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

_/s/ David B. Stanhill_
David B. Stanhill, BBO # 654187
Assistant Attorney General
Office of the Attorney General
200 Portland Street
Boston, MA 02114
(617) 727-2200, ext. 3319

Dated: May 7, 2004

### CERTIFICATE OF SERVICE

I, David B. Stanhill, Assistant Attorney General, hereby certify that I have this day, May 7, 2004, served the foregoing **document(s)**, upon all parties, by mailing a copy, first class mail to:

> Michael P. Andrewchuk
> 10 Kendall Street
> Lawrence, MA 01841
>
> Margaret Cravotta
> Child Support Enforcement Division
> P.O. Box 4068
> Boston, MA 02205
> (800) 332-2733
>
> Paula D. Andrewchuk
> 469 Waverly Road
> North Andover, MA 01845
> (978) 685-3594
>
> Attorney Daniel McCarthy
> Attorney At Law
> 261 Common Street
> Lawrence, MA 01840
> (978) 681-0302

John W. Snow
Secretary of U.S. Department
 of Treasury
1500 Pennsylvania Ave., NW
Washington, D.C. 20220
(202) 622-2000

Richard L. Gregg
Commissioner of Financial
 Management Service
401 14th Street, S.W.
Washington, D.C. 20227

J. Martin Mills
Assistant Commissioner of Financial
 Management Service
401 14th St., S.W., Room 556C
Washington, D.C. 20227
(202) 874-7000

Doctor Sherri Z. Heller
Comm. of the Federal Office
Child Support Enforcement
370 L'Enfant Promenade, S.W.
Washington, D.C. 20201

---

David B. Stanhill
Assistant Attorney General
Trial Division

DATED: May 7, 2004