UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL P. ANDREWCHUK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALAN L. LEBOVIDGE, Commissioner )<br>of Department of Revenue (DOR), )<br>MARILYN RAY SMITH, Deputy Comm., DOR,)<br>of the Child Support Enforcement Division, )<br>MARGARET ID# 5004, Agent for Child )<br>Support Enforcement Division, )<br>RODNEY G. LISEE, Agent for Child Support )<br>Enforcement Division, )<br>PAULA D. ANDREWCHUK, )<br>ATTORNEY DANIEL MCCARTHY, )<br>EDWARD J. ROCKETT, Probate and Family )<br>Court Justice for Massachusetts, )<br>JOHN W. SNOW, Secretary of U.S. Treasury, )<br>RICHARD L. GREGG, Commissioner )<br>Financial Mgt. Service, )<br>J. MARTIN MILLS, )<br>Asst. Commissioner, Dept. of Treasury, )<br>Financial Management Service, )<br>DR. SHERRI Z. HELLER, Federal )<br>Commissioner of Child Support Enforcement )<br>(OCSE) )<br>)<br>Defendants. )<br> ) | C. A. No. 04 CV 10263 WGY |

**MOTION OF DEFENDANTS ROCKETT, LEBOVIDGE, SMITH, MARGARET ID#5004
AND LISEE TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R.CIV.P.
12(b)(1) and (6)**

Defendants Rockett, Lebovidge, Smith, Margaret ID#5004 and Lisee (collectively, the

"Commonwealth Defendants") move to dismiss Plaintiff's complaint. As grounds for this motion

Defendant Rockett states that he has complete judicial immunity for acts that fall within his jurisdiction and Plaintiff's claims are barred under the *Rooker-Feldman* doctrine. Defendants Lebovidge, Smith, Margaret ID# 5004 and Lisee state that Plaintiff's claims under 42 U.S.C. § 1983 ("Section 1983") based on alleged deprivation of property without procedural due process are barred because (1) to the extent they are being sued in their official capacity, they are not "persons" liable to suit under Section 1983; (2) state law provides Plaintiff with constitutionally sufficient postdeprivation remedies; and (3) to the extent they are being sued in their individual capacities, they are entitled to qualified immunity. Additionally, Plaintiff fails to state an equal protection claim upon which relief can be granted. Finally, the Commonwealth Defendants state that all state law claims asserted against them in their official capacities are barred by the Eleventh Amendment to the U.S. Constitution, and that all state law claims asserted aagainst them in their individual capacity are subject to dismissal because this Court lacks subject matter jurisdiction over such claims and for failure to state claims upon which relief can be granted.

        Respectfully Submitted,

        Commonwealth Defendants,

        By Their Attorney

        Thomas F. Reilly
        ATTORNEY GENERAL

        <u>s/David B. Stanhill</u>

        BBO#645187
        Assistant Attorney General
        Government Bureau/Trial Division
        200 Portland Street
        Boston, MA 02114

(617) 727-2200, ext. 3319

Dated: May 7, 2004

## CERTIFICATE OF SERVICE

I, David B. Stanhill, Assistant Attorney General, hereby certify that I have this day, May 7, 2004, served the foregoing **document**, upon the Plaintiff, by mailing a true copy via Certified Mail to:

> Michael P. Andrewchuk
> 10 Kendall Street
> Lawrence, MA 01841

and by First Class Mail to:

> Alan L. LeBovidge
> 51 Sleeper St.
> P.O. Box 9494
> Boston, MA 02205
> (617) 887-6367
>
> Marilyn Ray Smith
> 51 Sleeper St.
> P.O. Box 9494
> Boston, MA 02205
> (617) 332-2733
>
> Margaret Cravotta
> Child Support Enforcement Division
> P.O. Box 4068
> Boston, MA 02205
> (800) 332-2733
>
> Rodney G. Lisee
> Child Support Enforcement Division
> 115 State Street
> Springfield, MA 01103
> (413) 452-1040
>
> Paula D. Andrewchuk

469 Waverly Road
North Andover, MA 01845
(978) 685-3594

Attorney Daniel McCarthy
Attorney At Law
261 Common Street
Lawrence, MA 01840
(978) 681-0302

John W. Snow
Secretary of U.S. Department
of Treasury
1500 Pennsylvania Ave., NW
Washington, D.C. 20220
(202) 622-2000

Richard L. Gregg
Commissioner of Financial
Management Service
401 14th Street, S.W.
Washington, D.C. 20227

J. Martin Mills
Assistant Commissioner of Financial
 Management Service
401 14th St., S.W., Room 556C
Washington, D.C. 20227
(202) 874-7000

Doctor Sherri Z. Heller
Comm. of the Federal Office
Child Support Enforcement
370 L'Enfant Promenade, S.W.
Washington, D.C. 20201


_____
David B. Stanhill
Assistant Attorney General
Trial Division