UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. ANDREWCHUK,<br><br>Plaintiff,<br><br>v.<br><br>ALAN L. LEBOVIDGE, Commissioner of Department of Revenue (DOR),<br>MARILYN RAY SMITH, Deputy Comm., DOR, of the Child Support Enforcement Division,<br>MARGARET ID# 5004, Agent for Child Support Enforcement Division,<br>RODNEY G. LISEE, Agent for Child Support Enforcement Division,<br>PAULA D. ANDREWCHUK,<br>ATTORNEY DANIEL MCCARTHY,<br>EDWARD J. ROCKETT, Probate and Family Court Justice for Massachusetts,<br>JOHN W. SNOW, Secretary of U.S. Treasury,<br>RICHARD L. GREGG, Commissioner Financial Mgt. Service,<br>J. MARTIN MILLS,<br>Asst. Commissioner, Dept. of Treasury, Financial Management Service,<br>DR. SHERRI Z. HELLER, Federal Commissioner of Child Support Enforcement (OCSE)<br><br>Defendants. | C. A. No. 04 CV 10263 WGY |

AFFIDAVIT OF DAVID B. STANHILL, ESQ. IN SUPPORT OF MOTION OF DEFENDANTS ROCKETT, LEBOVIDGE, SMITH, MARGARET ID#5004 AND LISEE TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R.CIV.P. 12(b)(1) and (6)

I, David B. Stanhill, hereby depose and state:

1. I am an Assistant Attorney General for the Commonwealth of Massachusetts and

am counsel for Defendants Rockett, Lebovidge, Smitth, Margaret ID#5004 (collectively the "Commonwealth Defendants") in this action.

2.  In compliance with Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, I conferred with the Plaintiff concerning the Commonwealth Defendants' Motion to Dismiss.

3.  After conferring, Plaintiff and I could not reach agreement nor could we narrow the issues in dispute.

Signed under pains and penalties of perjury this 7th day of May, 2004.

_____
David B. Stanhill