UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. ANDREWCHUK,
    Plaintiff

V.

CIVIL ACTION NO.
**04-CV-10263-WGY**

ALAN L. LEBOVIDGE, Commissioner of
    DEPARTMENT of REVENUE (DOR),
MARILYN RAY SMITH, Deputy COMM.,DOR, OF
    The Child Support Enforcement Division,
MARGARET ID# 5004,Agent for Child Support Enforcement
    Division,
RODNEY G. LISEE, Agent for Child Support Enforcement
    Division,
PAULA D. ANDREWCHUK,
ATTORNEY DANIEL McCARTHY,
EDWARD J. ROCKETT, PROBATE and FAMILY COURT
    JUSTICE for MASSACHUSETTS,
JOHN W. SNOW, SECRETARY OF U.S. TREASURY,
RICHARD L. GREGG, COMMISSIONER FINANCIAL MGT. SERVICE,
J. MARTIN MILLS, ASST. COMMISSIONER, DEPT. of
    TREASURY, FINANCIAL MANAGEMENT
    Service,
DR. SHERRI Z. HELLER, FEDERAL COMMISSIONER OF
    CHILD SUPPORT ENFORCEMENT (OCSE),
    Defendants

**PLAINTIFF'S MOTION TO AMEND**

Now comes the PLAINTIFF and pursuant to federal rules moves this Honorable Court to ALLOW to Motion to Amend. As reasons for, being pro-se, upon reviewing his original complaint dated February 3,2004, he stated the word "maliciously," upon reviewing his amended complaint, he has entered the word "willfully," also reviewing his amended dated May 15,2004, he has reworded "background," to make it more definitive and factual, and has made other material improvements that the Plaintiff prays will make the litigation

of this "landmark" civil suit easier to proceed in light that the PLAINTIFF is pro-se, the Plaintiff has attached his AMENDED COMPLAINT.

For the foregoing reasons, the Plaintiff prays that his Motion to Amend Civil Complaint no. 04cv10263WGY be ALLOWED.

        SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
This 15th day of May, 2004.

*Michael Andrewchuk*
Michael P. Andrewchuk

Respectfully submitted,
*Michael Andrewchuk*
Michael P. Andrewchuk,
    Plaintiff,pro-se
10 Kendall Street
Lawrence,Mass. 01841
Tel(978)682-5988