# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MICHAEL P. ANDREWCHUK,
    Plaintiff

V.

                                          CIVIL ACTION NO.
                                          **04-CV-10263-WGY**

ALAN L. LEBOVIDGE, Commissioner of
              DEPARTMENT of REVENUE (DOR),
MARILYN RAY SMITH, Deputy COMM.,DOR, OF
        The Child Support Enforcement Division,
MARGARET ID# 5004,Agent for Child Support Enforcement
                      Division,
RODNEY G. LISEE, Agent for Child  Support Enforcement
                      Division,
PAULA D. ANDREWCHUK,
ATTORNEY DANIEL McCARTHY,
EDWARD J. ROCKETT, PROBATE and FAMILY COURT
               JUSTICE for MASSACHUSETTS,
JOHN W. SNOW, SECRETARY OF U.S. TREASURY,
RICHARD L. GREGG, COMMISSIONER FINANCIAL MGT. SERVICE,
J. MARTIN MILLS, ASST. COMMISSIONER, DEPT. of
        TREASURY, FINANCIAL MANAGEMENT
                 Service,
DR. SHERRI Z. HELLER, FEDERAL COMMISSIONER OF
      CHILD SUPPORT ENFORCEMENT (OCSE),
                     Defendants

## PLAINTIFF'S MOTION FOR DEFAULT AGAINST J. MARTIN MILLS.

Now comes the Plaintiff, Michael P. Andrewchuk, pro-se and moves this honorable

Court pursuant To Federal Rules of Civil Procedure, R.  55, to enter Fed. Official, J. Martin

Mills in DEFAULT by refusing to enter an appearance and answer to the Plaintiff's complaint.

As reasons for, 1) Being a federal official the above-named defendant had sixty (60) days to

enter an answer and/or pleading, 2) Under federal rules of civil procedure, the defendant by and

through the U.S. Marshals had to be served by certified mail, personally, U.S. attorney for the

District of Massachusetts had to be served by certified mail, and John Ashcroft, United States

attorney had to be certified mail, the Plaintiff has attached copies of U.S. Marshals Process

and Receipt and Return, showing that the defendant was served in the three required processes,

all certified receipts were signed for between March 5,2004 and March 9,2004, over seventy

(70) days ago.

ACCORDINGLY, THE Plaintiff prays that his Motion for Default be ALLOWED, and that the

Court enter the above-named Defendant in Default, and that the Defendant be ORDERED to Pay

the PLAINTIFF the relief he seeks within the civil complaint.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
This 15th day of May, 2004.


Michael P. Andrewchuk




Respectfully submitted,
Michael P. Andrewchuk,
Plaintiff,pro-se
10 Kendall Street
Lawrence,Mass. 01841
Tel(978)682-5988

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL P. ANDREWCHUK | 04CV10263WGY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| J. MARTIN MILLS | certfied mail. |

**SERVE** ➤

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

J. MARTIN MILLS, ASST. COMM. FIN. MGT. SER., 401 14th St,S.W. Room 556C, Wash.D.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**    FINANCIAL MGT. SERVICES, 401 14th St.,S.W., Room 556C, Washington,D.C. 20227

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. ANDREWCHUK
10 KENDALL ST.
LAWRENCE,MASS. 01841

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | xx |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All*
Fold *Telephone Numbers, and Estimated Times Available For Service):*                                              Fold

Certfied mail-return receipt requested.

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT

*Michael p androwuk pro'se*

| TELEPHONE NUMBER | DATE |
|---|---|
| (978) 682-5988 | 2/29/04. |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 3/3/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (*if not shown above*)

Address (*complete only if different than shown above*)

| | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| | Date of Service | Time ___ am |
| | | ___ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**NOTE**

**PRIOR EDITIONS**
**MAY BE USED**                    **3. NOTICE OF SERVICE**                    **FORM USM-285 (Rev. 12/15/80)**



**UNITED STATES POSTAL SERVICE®**

## Track & Confirm

**Current Status**

You entered 7002 0510 0004 3542 6528

Your item was delivered at 7:53 am on March 09, 2004 in WASHINGTON, DC 20227.

( Shipment Details > )

**Track & Confirm**

Enter label number:

_____

Track & Confirm FAQs ( Go > )

_____

**Notification Options**

▶ **Track & Confirm by email**  What is this?  ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map · contact us · government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use · Privacy Policy

3/31/2004 11:00 AM

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL P. ANDREWCHUK | 04CV10263WGY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| J. MARTIN MILLS, ASST'COMM. FIN, MGT. SERVICES | in-hand |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MICHAEL J. SULLIVAN, U.S. ATTORNEY

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

U.S. COURTHOUSE, SUITE 9200, 1 COURTHOUSE WAY, BOSTON,MASS. 02210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| MICHAEL P. ANDREWCHUK | Number of process to be served with this Form - 285 : 1 |
| 10 KENDALL ST. | Number of parties to be served in this case : 11 |
| LAWRENCE,MASS. 01841 | Check for service on U.S.A. : xx |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                Fold

MONDAY-FRIDAY, 9:00 A.M.-5P.M.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Michael Pandrewchuk pro se* ☒ PLAINTIFF ☐ DEFENDANT | | (978) 682-5988 | 2/29/04. |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | *Nancy Valencia* | 3/3/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**NOTE**

| PRIOR EDITIONS MAY BE USED | **3. NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL J. SULLIVAN
U.S. ATTORNEY'S OFFICE
I COURTHOUSE WAY
US COURTHOUSE, S-9200 9TH FL.
BOSTON, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                           ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                   5/11/

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)    7002 0510 0004 3542 6436

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael P. Andrewchuk | 04CV10263WGY |
| DEFENDANT | TYPE OF PROCESS |
| J. MARTIN MILLS, ASST'COMM. | certfied mail |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

JOHN D. ASHCROFT, Attorney General of the United States

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

DEPARTMENT OF JUSTICE, 950 Pennslyvania Ave.N.W., Washington,D.C. 20530-0001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| | Number of process to be served with this Form - 285: **1** |
| MICHAEL P. ANDREWCHUK<br>10 Kendall St.<br>Lawrence,Mass. 01841 | Number of parties to be served in this case: **11** |
| | Check for service on U.S.A. **xx** |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                           Fold

Certfied mail-return receipt requested.

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT

*Michael P andru... pro'se*

TELEPHONE NUMBER: (978)682-5988    DATE: 2/29/04.

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 16 | *Kney Dilucia* | 3/3/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service / Time / am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**NOTE**

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

JOHN ASHCROFT
ATTORNEY GENERAL OF US
950 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

MAR  9 2004

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7002 0510 0004 3542 6481

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835