UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. ANDREWCHUK,
    Plaintiff

V.                                            CIVIL ACTION NO.
                                                04-CV-10263-WGY

ALAN L. LEBOVIDGE, Commissioner of
        DEPARTMENT of REVENUE (DOR),
MARILYN RAY SMITH, Deputy COMM.,DOR, OF
        The Child Support Enforcement Division,
MARGARET ID# 5004,Agent for Child Support Enforcement
                          Division,
RODNEY G. LISEE, Agent for Child Support Enforcement
                          Division,
PAULA D. ANDREWCHUK,
ATTORNEY DANIEL McCARTHY,
EDWARD J. ROCKETT, PROBATE and FAMILY COURT
        JUSTICE for MASSACHUSETTS,
JOHN W. SNOW, SECRETARY OF U.S. TREASURY,
RICHARD L. GREGG, COMMISSIONER FINANCIAL MGT. SERVICE,
J. MARTIN MILLS, ASST. COMMISSIONER, DEPT. of
        TREASURY, FINANCIAL MANAGEMENT
        Service,
DR. SHERRI Z. HELLER, FEDERAL COMMISSIONER OF
        CHILD SUPPORT ENFORCEMENT (OCSE),
                                          Defendants

**PLAINTIFF'S MOTION FOR DEFAULT AGAINST DR. SHERRI Z. HELLER.**

Now comes the Plaintiff, Michael P. Andrewchuk, pro-se and moves this honorable Court pursuant To Federal Rules of Civil Procedure, R. 55, to enter Fed. Official, Dr. Sherri Z. Heller in DEFAULT by refusing to enter an appearance and answer to the Plaintiff's complaint. As reasons for, 1) Being a federal official the above-named defendant had sixty (60) days to enter an answer and/or pleading, 2) Under federal rules of civil procedure, the defendant by and through the U.S. Marshals had to be served by certified mail, personally, U.S. attorney for the

District of Massachusetts had to be served by certified mail, and John Ashcroft, United States attorney had to be certified mail, the Plaintiff has attached copies of U.S. Marshals Process and Receipt and Return, showing that the defendant was served in the three required processes, all certified receipts were signed for between March 5, 2004 and March 9, 2004, over seventy (70) days ago.

ACCORDINGLY, THE Plaintiff prays that his Motion for Default be ALLOWED, and that the Court enter the above-named Defendant in Default, and that the Defendant be ORDERED to Pay the PLAINTIFF the relief he seeks within the civil complaint.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
This 15th day of May, 2004.

_____
Michael P. Andrewchuk

Respectfully submitted,
_____
Michael P. Andrewchuk,
Plaintiff, pro-se
10 Kendall Street
Lawrence, Mass. 01841
Tel (978) 682-5988

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL P. ANDREWCHUK | 04CV10263WGY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dr. SHERRI Z. HELLER | certfied mail. |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. SHERRI Z. HELLER, COMM. FED. OFFICE OF CHILD SUPPORT ENF.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
FEDERAL OFFICE OF CHILD SUPP. ENF., 370 L'ENFANT PROMENADE, S.W., WASHINGTON, D.C. 20201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. ANDREWCHUK
10 KENDALL ST.
LAWRENCE, MASS. 01841

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | xx |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Certified mail-return receipt requested.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (978) 682-5988
DATE: 2/29/04.

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 16
Signature of Authorized USMS Deputy or Clerk
Date: 3/3/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DR. SHERRI Z. HELLER
   COMM FED OFFICE CHILD SUPPORT
   370 L'ENFANT PROMENADE, S.W.
   WASHINGTON, D.C. 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  M Shelter     ☑ Agent  ☐ Addressee

B. Received by (Printed Name): MARY Shelter
C. Date of Delivery: 3/9/04

D. Is delivery address different from item 1? ☐ Yes   ☑ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 0510 0004 3542 6535

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | MICHAEL P. ANDREWCHUK | COURT CASE NUMBER | 04CV10263WGY |
|---|---|---|---|
| DEFENDANT | DR. SHERRI Z. HELLER, COMM. FED. CHILD SUPP. ENF. | TYPE OF PROCESS | ~~in hand~~ 6+C CM |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MICHAEL J. SULLIVAN, U.S. ATTORNEY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. COURTHOUSE, SUITE 9200, 1 COURTHOUSE WAY, BOSTON, MASS. 02210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. ANDREWCHUK
10 KENDALL ST.
LAWRENCE, MASS. 01841

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | xx |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

MONDAY-FRIDAY, 9:00 A.M.-5 P.M.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Michael Andrewchuk pro se*
TELEPHONE NUMBER: (978) 682-5988
DATE: 2/29/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 3/3/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *LaPointe*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>MICHAEL J. SULLIVAN<br>U.S. ATTORNEY'S OFFICE<br>1 COURTHOUSE WAY<br>US COURTHOUSE, S-9200 9TH FL.<br>BOSTON, MA 02210 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7002 0510 0004 3542 6429 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| MICHAEL P. ANDREWCHUK | | 04CV10263WGY |
| **DEFENDANT** | | **TYPE OF PROCESS** |
| DR. SHERRI Z. HELLER | | certfied mail |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John D. Ashcroft, Attorney General of the United States

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Department of Justice, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530-0001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Andrewchuk
10 Kendall St.
Lawrence, Mass. 01841

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | xx |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Certfied mail-return receipt requested.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (978) 682-5938 | DATE 2/29/04 |
|---|---|---|---|
| Michael P. Andrewchuk pro se | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 388 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 3/3/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service / Time / am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**NOTE**

PRIOR EDITIONS
MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>JOHN ASHCROFT<br>ATTORNEY GENERAL OF US<br>950 PENNSYLVANIA AVE., N.W.<br>WASHINGTON, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAR 9 2004 | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0510 0004 3542 6498 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835