UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. ANDREWCHUK,
 Plaintiff

V.                 CIVIL ACTION NO.
                   04-CV-10263-WGY

ALAN L. LEBOVIDGE, Commissioner of
  DEPARTMENT of REVENUE (DOR),
MARILYN RAY SMITH, Deputy COMM.,DOR, OF
  The Child Support Enforcement Division,
MARGARET ID# 5004,Agent for Child Support Enforcement
        Division,
RODNEY G. LISEE, Agent for Child Support Enforcement
        Division,
PAULA D. ANDREWCHUK,
ATTORNEY DANIEL McCARTHY,
EDWARD J. ROCKETT, PROBATE and FAMILY COURT
  JUSTICE for MASSACHUSETTS,
JOHN W. SNOW, SECRETARY OF U.S. TREASURY,
RICHARD L. GREGG, COMMISSIONER FINANCIAL MGT. SERVICE,
J. MARTIN MILLS, ASST. COMMISSIONER, DEPT. of
  TREASURY, FINANCIAL MANAGEMENT
        Service,
DR. SHERRI Z. HELLER, FEDERAL COMMISSIONER OF
  CHILD SUPPORT ENFORCEMENT (OCSE),
            Defendants

**PLAINTIFF'S MOTION FOR DEFAULT AGAINST JOHN W. SNOW.**

Now comes the Plaintiff, Michael P. Andrewchuk, pro-se and moves this honorable Court pursuant To Federal Rules of Civil Procedure, R. 55, to enter Fed. Official, John W. Snow in DEFAULT by refusing to enter an appearance and answer to the Plaintiff's complaint. As reasons for, 1) Being a federal official the above-named defendant had sixty (60) days to enter an answer and/or pleading, 2) Under federal rules of civil procedure, the defendant by and through the U.S. Marshals had to be served by certified mail, personally, U.S. attorney for the

District of Massachusetts had to be served by certified mail, and John Ashcroft, United States attorney had to be certified mail, the Plaintiff has attached copies of U.S. Marshals Process and Receipt and Return, showing that the defendant was served in the three required processes, all certified receipts were signed for between March 5,2004 and March 9,2004, over seventy (70) days ago.

ACCORDINGLY, THE Plaintiff prays that his Motion for Default be ALLOWED, and that the Court enter the above-named Defendant in Default, and that the Defendant be ORDERED to Pay the PLAINTIFF the relief he seeks within the civil complaint.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
This 15th day of May, 2004.

*Michael P. Andrewchuk*
Michael P. Andrewchuk

Respectfully submitted,
*Michael P. Andrewchuk*
Michael P. Andrewchuk,
Plaintiff,pro-se
10 Kendall Street
Lawrence,Mass. 01841
Tel(978)682-5988

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| MICHAEL P. ANDREWCHUK | | 04CV10263WGY |
| DEFENDANT | | TYPE OF PROCESS |
| JOHN W. SNOW | | certified mail |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOHN W. SNOW, SECRETARY-U.S. DEP. OF TREASURY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** UNITED STATES DEPARTMENT OF TREASURY, 1500 PENNSLYVANIA AVE., N.W. WASHINGTON, D.C. 20220

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. ANDREWCHUK
10 KENDALL ST.
LAWRENCE, MASS. 01841

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | XX |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Certified mail-return receipt requested

Signature of Attorney or other Originator requesting service on behalf of:  michael p andrewchuk pro'se
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (978) 682-5988
DATE: 2/29/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 38 | No. 16 | Nancy Calaiere | 3/3/04 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am / pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED — **3. NOTICE OF SERVICE** — FORM USM-285 (Rev. 12/15/80)



# Track & Confirm

**Current Status**

You entered 7002 0510 0004 3542 6504

Your item was delivered at 7:43 am on March 09, 2004 in WASHINGTON, DC 20220.

( Shipment Details > )

**Track & Confirm**
Enter label number:

Track & Confirm FAQs ( Go > )

**Notification Options**

▶ **Track & Confirm by email**   What is this?   ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** MICHAEL P. ANDREWCHUK | **COURT CASE NUMBER** 04CV10263WGY |
| **DEFENDANT** JOHN W. SNOW, SEC. of U.S. TREASURY | **TYPE OF PROCESS** In-hand |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. ATTORNEY for MASSACHUSETTS ; MICHAEL J. SULLIVAN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. COURTHOUSE, SUITE 9200, 1 COURTHOUSE WAY, BOSTON, MASS. 02210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. ANDREWCHUK
10 KENDALL ST.
LAWRENCE, MASS. 01841

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | XX |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

MONDAY-FRIDAY, 9:00 A.M. - 5 P.M.

Signature of Attorney or other Originator requesting service on behalf of: *Michael P. Andrewchuk pro se*
XX PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (978) 682-5988
DATE: 2/29/04

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 3/3/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

NOTE

**PRIOR EDITIONS MAY BE USED**    **3. NOTICE OF SERVICE**    **FORM USM-285 (Rev. 12/15/80)**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _LaPointe_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>MICHAEL J. SULLIVAN<br>U.S. ATTORNEY'S OFFICE<br>1 COURTHOUSE WAY<br>US COURTHOUSE, S-9200 9TH FL.<br>BOSTON, MA 02210 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0510 0004 3542 6443 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL P. ANDREWCHUK | 04CV10263WGY |
| DEFENDANT | TYPE OF PROCESS |
| JOHN W. SNOW | certified mail |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOHN D. ASHCROFT, Attorney Gen. of U.S.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Department of Justice, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530-0001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. ANDREWCHUK
10 KENDALL ST.
LAWRENCE, MASS.  01841
LAWRENCE, MASS.  01841

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | XX |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

By certified mail-return receipt requested

Signature of Attorney or other Originator requesting service on behalf of:  XX PLAINTIFF  ☐ DEFENDANT
*Michael P Andrewchuk Pro'se*
TELEPHONE NUMBER: (978) 682-5988
DATE: 2/29/04.

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date: 3/3/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**NOTE**

PRIOR EDITIONS MAY BE USED  |  **3. NOTICE OF SERVICE**  |  FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>JOHN ASHCROFT<br>ATTORNEY GENERAL OF US<br>950 PENNSYLVANIA AVE., N.W.<br>WASHINGTON, DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>MAR 9 2004<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☑ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from serv.)   7002 0510 0004 3542 6474 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835 | |