UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. ANDREWCHUK,
    Plaintiff

V.                                                    CIVIL ACTION NO.
                                                        04-CV-10263-WGY

ALAN L. LEBOVIDGE, Commissioner of
    DEPARTMENT of REVENUE (DOR),
MARILYN RAY SMITH, Deputy COMM.,DOR, OF
    The Child Support Enforcement Division,
MARGARET ID# 5004,Agent for Child Support Enforcement
    Division,
RODNEY G. LISEE, Agent for Child Support Enforcement
    Division,
PAULA D. ANDREWCHUK,
ATTORNEY DANIEL McCARTHY,
EDWARD J. ROCKETT, PROBATE and FAMILY COURT
    JUSTICE for MASSACHUSETTS,
JOHN W. SNOW, SECRETARY OF U.S. TREASURY,
RICHARD L. GREGG, COMMISSIONER FINANCIAL MGT. SERVICE,
J. MARTIN MILLS, ASST. COMMISSIONER, DEPT. of
    TREASURY, FINANCIAL MANAGEMENT
    Service,
DR. SHERRI Z. HELLER, FEDERAL COMMISSIONER OF
    CHILD SUPPORT ENFORCEMENT (OCSE),
                                  Defendants

**PLAINTIFF'S MOTION FOR MONETARY JUDGMENT**

Now comes the Plaintiff, Michael P. Andrewchuk, pro-se and moves this honorable Court pursuant To Federal Rules of Civil Procedure, R. 55, and upon notice dated May 5,2004 that Defendant, Daniel McCarthy has been Defaulted, see attached copy of notice attached, moves this honorable Court to ALLOW his Motion for Monetary Judgment in the sum of $105, 000.00 plus all costs that the Plaintiff may incur in the collection of said Default.

As reasons for, the Plaintiff properly served the Defendant by and through the U.S. Marshals

service, the defendant ignoring said summons to enter an appearance and/or pleading, the Plaintiff even though he is not required to serve the Defendant, when he filed his Motion for Default, served a copy of said motion to the Defendant, again the Defendant showing the most compelling CONTEMPT to this Court, again disregarded the Motion for Default, the Plaintiff within the civil complaint was forced to SUE State and Federal Officials who the Defendant conspired with to illegally "intercept" the Plaintiff's state and federal tax refunds, and the Plaintiff would be remiss he had an outstanding track record of paying his taxes, and now a reasonable person would conclude because he was forced to commenced this civil action, is now a "marked" man regarding state and federal agencies.

ACCORDINGLY, THE Plaintiff moves this honorable Court to allow his Motion for Monetary Judgment in the sum of $105,000.00 plus all costs that the Plaintiff may incur in the collection of said Default. .

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
This 17th day of May, 2004.

Michael P. Andrewchuk

Respectfully submitted,
Michael P. Andrewchuk,
Plaintiff, pro-se
10 Kendall Street
Lawrence, Mass. 01841
Tel(978)682-5988

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-10263-WGY

MICHAEL P. ANDREWCHUK
Plaintiff

v.

DANIEL MCCARTHY
Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Michael P. Andrewchuk for an order of Default for failure of the Defendant, Daniel McCarthy, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on May 5, 2004.

Tony Anastas,
Clerk

By: /s/ Marie Bell
Deputy Clerk

Notice mailed to counsel of record and defendants.