UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-10263-WGY**

**MICHAEL P. ANDREWCHUK**
**Plaintiff**

v.

**DR. SHERRI Z. HELLER**
**Defendant**

## NOTICE OF DEFAULT

    Upon application of the Plaintiff, Michael P. Andrewchuk for an order of Default for failure of the Defendant, Dr. Sherri Z. Heller to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on May 25, 2004.

Tony Anastas,
Clerk

By: _____
     **Deputy Clerk**

Notice mailed to counsel of record and defendants.