UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                        Civil Action
                                        No: **04-10263-WGY**

**MICHAEL P. ANDREWCHUK**
**Plaintiff**

v.

**JOHN W. SNOW**
**Defendant**

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, Michael P. Andrewchuk for an order of Default for failure of the Defendant, John W. Snow to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on May 25, 2004.

                                      **Tony Anastas,**
                                      **Clerk**


                              **By:** _____
                                       **Deputy Clerk**

Notice mailed to counsel of record and defendants.