UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. ANDREWCHUK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALAN LEBOVIDGE, Commissioner, )<br>Department of Revenue, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04CV10263WGY |

**MOTION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT**

Now come the defendants, John Snow, Secretary, United States Department of the Treasury, Richard Gregg, Commissioner, Financial Management Service, Department of the Treasury, J. Martin Mills, Assistant Commissioner, Financial Management Service, Department of the Treasury, and Sherri Z. Heller, Commissioner, Office of Child Support Enforcement, United States Department of Health and Human Services (collectively, the "Federal Defendants"),[1] and hereby move this Court for a two-week extension of time **up to and including June 7, 2004**, to answer or otherwise respond to the Complaint. As reasons therefore, the undersigned counsel for the Federal Defendants asserts that such an extension will allow counsel the necessary time to obtain relevant facts and background information of this matter.

The Federal Defendants assert that there have been no prior requests for extensions in

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, the Federal Defendants are not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to them in the normal course of filing a responsive pleading. The Federal Defendants intend to raise those defenses when they answer or otherwise respond to the Complaint.

this action.

WHEREFORE, the Federal Defendants respectfully request that this Court allows their motion for an extension of time **up to and including June 7, 2004**, to answer or otherwise respond to the Complaint.

Respectfully submitted,

THE FEDERAL DEFENDANTS,
Secretary Snow, Commissioner Gregg,
Assistant Commissioner Mills, and
Commissioner Heller,

By their attorney,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Gina Y. Walcott-Torres
Gina Y. Walcott-Torres
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3369

Dated: May 25, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this 25th day of May 2004, served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Michael P. Andrewchuk, *pro se*, 10 Kendall Street, Lawrence, MA 01841

David B. Stanhill, Assistant Attorney General, Attorney General's Office, 200 Portland Street, 3rd Floor, Boston, MA 02114

/s/ Gina Y. Walcott-Torres
Gina Y. Walcott-Torres
Assistant United States Attorney

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that she has complied with the requirements of Local Rule 7.1(A)(2) by contacting the plaintiff, who is acting *pro se*, in an attempt to narrow the issues addressed by this motion.

/s/ Gina Y. Walcott/Torres
Gina Y. Walcott-Torres
Assistant United States Attorney