UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL P. ANDREWCHUK,<br><br>Plaintiff,<br><br>v.<br><br>ALAN L. LEBOVIDGE, Commissioner of Department of Revenue (DOR, MARILYN RAY SMITH, Deputy Comm., DOR of the Child Support Enforcement Division, MARGARET ID# 5004, Agent for Child Support Enforcement Division, RODNEY G. LISEE, Agent for Child Support Enforcement Division, PAULA D. ANDREWCHUK, ATTORNEY DANIEL MCCARTHY, EDWARD J. ROCKETT, Probate and Family Court Justice for Massachusetts, JOHN W. SNOW, Secretaray of U.S. Treasury, RICHARD L. GREGG, Commissioner Financial Mgt. Service, J. MARTIN MILLS, Asst. Commissioner, Dept. of Treasury, Financial Management Service, DR. SHERRI Z. HELLER, Federal Commissioner of Child Support Enforcement (OCSE)<br><br>Defendants. | C. A. No. 04 CV 10263 WGY |

**NOTICE OF CHANGE OF ADDRESS**

**To The Clerk Of The Above-Named Court:**

Please be advised that as of June 1, 2004, the undersigned's new address will be:

**Office of the Attorney General
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200**

        COMMONWEALTH OF MASSACHUSETTS
        By its Attorneys

        THOMAS F. REILLY
        ATTORNEY GENERAL


        <u>s/David B. Stanhill</u>

        BBO # 654187
        Assistant Attorney General
        Government Bureau/Trial Division
        200 Portland Street, 3rd Floor
        Boston, MA 02114
        (617) 727-2200, Ext. 3319

Dated:  May 25, 2004

## CERTIFICATE OF SERVICE

I, David B. Stanhill, Assistant Attorney General, hereby certify that I have this day, May 25th, 2004, served the foregoing **document(s)**, upon all parties, by mailing a copy, first class mail to:

Michael P. Andrewchuk
10 Kendall Street
Lawrence, MA 01841

Alan L. LeBovidge
51 Sleeper St.
P.O. Box 9494
Boston, MA 02205
(617) 887-6367

Marilyn Ray Smith
51 Sleeper St.
P.O. Box 9494
Boston, MA 02205
(617) 332-2733

Margaret Cravotta
Child Support Enforcement Division
P.O. Box 4068
Boston, MA 02205
(800) 332-2733

Rodney G. Lisee
Child Support Enforcement Division
115 State Street
Springfield, MA 01103
(413) 452-1040

Paula D. Andrewchuk
469 Waverly Road
North Andover, MA 01845
(978) 685-3594

Attorney Daniel McCarthy
Attorney At Law
261 Common Street
Lawrence, MA 01840
(978) 681-0302

John W. Snow
Secretary of U.S. Department
 of Treasury
1500 Pennsylvania Ave., NW
Washington, D.C. 20220
(202) 622-2000

Richard L. Gregg
Commissioner of Financial
  Management Service
401 14th Street, S.W.
Washington, D.C. 20227

J. Martin Mills
Assistant Commissioner of Financial
 Management Service
401 14th St., S.W., Room 556C
Washington, D.C. 20227
(202) 874-7000

Doctor Sherri Z. Heller
Comm. of the Federal Office
Child Support Enforcement
370 L'Enfant Promenade, S.W.
Washington, D.C. 20201


_____

David B. Stanhill