UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. ANDREWCHUK,    )<br>                              )<br>         Plaintiff,          )<br>                              )<br> v.                           )<br>                              )<br> ALAN LEBOVIDGE, Commissioner,)<br> Department of Revenue, et al.,)<br>                              )<br>         Defendants.         )<br>                              ) | Civil Action No. 04CV10263WGY |

### FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)

The defendants John Snow, Secretary of the United States Department of the Treasury ("Treasury"), Richard Gregg, Commissioner of Treasury's Financial Management Service("FMS"), J. Martin Mills, Assistant Commissioner of FMS, Dr. Sherri Heller, Commissioner of the Office of Child Support Enforcement ("OCSE") for the United States Department of Health and Human Services (collectively, the "Federal Defendants"), hereby move to dismiss Plaintiff's complaint for failure to exhaust administrative remedies, failure to adequately allege justiciable claims, and lack of subject matter jurisdiction, the Federal Defendants move this Court to dismiss Plaintiff's complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

        Respectfully submitted,

        THE FEDERAL DEFENDANTS,
        Secretary Snow, Commissioner Gregg,
        Assistant Commissioner Mills, and
        Commissioner Heller,

        By their attorney,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Gina Y. Walcott-Torres
By: Gina Y. Walcott-Torres
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3369

Dated: June 8, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this 8th day of June 2004, served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Michael P. Andrewchuk, *pro se*, 10 Kendall Street, Lawrence, MA 01841

David B. Stanhill, Assistant Attorney General, Attorney General's Office, 200 Portland Street, 3rd Floor, Boston, MA 02114

/s/ Gina Y. Walcott-Torres
Gina Y. Walcott-Torres
Assistant United States Attorney

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that she has complied with the requirements of Local Rule 7.1(A)(2) by contacting the plaintiff, who is acting *pro se*, in an attempt to narrow the issues addressed by this motion.

/s/ Gina Y. Walcott-Torres
Gina Y. Walcott-Torres
Assistant United States Attorney