UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michael P. Andrewchuk,

Plaintiff

v.                                C.A. No. 04 CV 10263 WGY

Alan L. LeBovidge, et al.

Defendants

**DECLARATION**

I, Anna Bazaco, declare that:

I am an employee of the Internal Revenue Service and my post of duty is in New Carrollton, Maryland. My official title is Senior Program Analyst in the Accounts Section. In this position, I deal with issues concerning tax refund offsets.

1. I am competent to testify regarding the procedures utilized by the Internal Revenue Service with regard to the offset of tax overpayments against existing Federal tax and non-tax liabilities pursuant to I.R.C. Section 6402.

2. I am also competent to testify regarding the contents of Internal Revenue Service transcripts and the various codes contained therein.

3. I have reviewed Michael P. Andrewchuk's transcript of account for the 2002 tax year. The transcript shows that the plaintiff filed his tax return for 2002 on or about April 8, 2003 seeking a refund of $2,314.00. In May, 2003, pursuant to the provisions of section 6402 of the Internal Revenue Code, a portion of the refund claimed on the 2002 return, in the amount of $685 was offset to another agency, and the balance in the amount of $1,629 was refunded to plaintiff. There is no indication on the transcript that on October 15, 2003 or any other date Michael Andrewchuk filed any refund claim, other than the return filed seeking a refund.

Furthermore, the transcript does not show that the Internal Revenue Service denied a claim for refund on December 16, 2003, or on any other date.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2004.

*Anna Bazaco*
Anna Bazaco
Senior Program Analyst

Internal Revenue Service, New Carrollton, Maryland
Telephone: (202) 283-0743