UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL P. ANDREWCHUK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALAN L. LEBOVIDGE, Commissioner )<br>of Department of Revenue (DOR), )<br>MARILYN RAY SMITH, Deputy Comm., DOR,)<br>of the Child Support Enforcement Division, )<br>MARGARET ID# 5004, Agent for Child )<br>Support Enforcement Division, )<br>RODNEY G. LISEE, Agent for Child Support )<br>Enforcement Division, )<br>PAULA D. ANDREWCHUK, )<br>ATTORNEY DANIEL MCCARTHY, )<br>EDWARD J. ROCKETT, Probate and Family )<br>Court Justice for Massachusetts, )<br>JOHN W. SNOW, Secretary of U.S. Treasury, )<br>RICHARD L. GREGG, Commissioner )<br>Financial Mgt. Service, )<br>J. MARTIN MILLS, )<br>Asst. Commissioner, Dept. of Treasury, )<br>Financial Management Service, )<br>DR. SHERRI Z. HELLER, Federal )<br>Commissioner of Child Support Enforcement )<br>(OCSE) )<br>)<br>Defendants. )<br>) | C. A. No. 04 CV 10263 WGY |

**COMMONWEALTH DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
COMPLAINT PURSUANT TO FED. R.CIV.P. 12(b)(1) and (6)**

Defendants Rockett, Lebovidge, Smith, Margaret ID#5004 and Lisee (collectively, the

1

"Commonwealth Defendants") move to dismiss Plaintiff's amended complaint. As grounds for this motion Defendant Rockett states that he has complete judicial immunity for acts that fall within his jurisdiction and Plaintiff's claims are barred under the *Rooker-Feldman* doctrine. Defendants Lebovidge, Smith, Margaret ID# 5004 and Lisee state that Plaintiff's claims under 42 U.S.C. § 1983 ("Section 1983") are barred because (1) to the extent they are being sued in their official capacities, they are not "persons" liable to suit under Section 1983; (2) Plaintiff has failed to demonstrate the existence of a constitutionally cognizable property or liberty interest and state law provides Plaintiff with constitutionally sufficient postdeprivation remedies; (3) Plaintiff fails to state an equal protection claim upon which relief can be granted; (4) to the extent they are being sued in their individual capacities, they are entitled to qualified immunity; and (5) Section 1983 does not authorize suits for alleged improper recoupment of child support arrearages. The Commonwealth Defendants also state that all state law claims asserted against them in their official capacities are barred by the Eleventh Amendment to the U.S. Constitution, and that all state law claims asserted against them in their individual capacities are subject to dismissal because this Court lacks subject matter jurisdiction over such claims and for failure to state claims upon which relief can be granted. Finally, the Court has discretion to dismiss Plaintiff's state law claims under the supplemental jurisdiction statute, 28 U.S.C. § 1367(c)(3).

                                                    Respectfully Submitted,

                                                    Commonwealth Defendants,

                                                    By Their Attorney

                                                    Thomas F. Reilly

ATTORNEY GENERAL

/s/ David B. Stanhill

BBO#654187
Assistant Attorney General
Government Bureau/Trial Division
200 Portland Street
Boston, MA 02114
(617) 727-2200, ext. 3319

Dated: June 14, 2004

## CERTIFICATE OF SERVICE

I, David B. Stanhill, Assistant Attorney General, hereby certify that I have this day, June 14, 2004, served the foregoing document upon the persons listed below, by mailing a true copy via Certified Mail to:

Michael P. Andrewchuk
10 Kendall Street
Lawrence, MA 01841

and by First Class Mail to:

Gina Y. Walcott-Tores
Assistant Attorney General
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

/s/ David B. Stanhill
David B. Stanhill
Assistant Attorney General
Trial Division

## LOCAL RULE 7.1(A)(2) CERTIFICATION

     The undersigned counsel hereby certifies that he has complied with the requirements of Local Rule 7.1(A)(2) by contacting the plaintiff, who is acting *pro se*, in an attempt to narrow the issues addressed by this motion.

                              /s/ David B. Stanhill
                              David B. Stanhill
                              Assistant Attorney General
                              Trial Division