UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 17 A 10: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHAEL P. ANDREWCHUK,
Plaintiff

V.

CIVIL ACTION NO.
04-CV-10263-WGY

ALAN L. LEBOVIDGE, Commissioner of
    DEPARTMENT of REVENUE (DOR),
MARILYN RAY SMITH, Deputy COMM.,DOR, OF
    The Child Support Enforcement Division,
MARGARET ID# 5004,Agent for Child Support Enforcement
    Division,
RODNEY G. LISEE, Agent for Child Support Enforcement
    Division,
PAULA D. ANDREWCHUK,
ATTORNEY DANIEL McCARTHY,
EDWARD J. ROCKETT, PROBATE and FAMILY COURT
    JUSTICE for MASSACHUSETTS,
JOHN W. SNOW, SECRETARY OF U.S. TREASURY,
RICHARD L. GREGG, COMMISSIONER FINANCIAL MGT. SERVICE,
J. MARTIN MILLS, ASST. COMMISSIONER, DEPT. of
    TREASURY, FINANCIAL MANAGEMENT
    Service,
DR. SHERRI Z. HELLER, FEDERAL COMMISSIONER OF
    CHILD SUPPORT ENFORCEMENT (OCSE),
    Defendants

## PLAINTIFF'S MOTION TO AMEND

Now comes the PLAINTIFF and pursuant to federal rules moves this Honorable Court to ALLOW to Motion to Amend. As reasons for, being pro-se, upon reviewing his original complaint dated February 3,2004, he stated the word "maliciously," upon reviewing his amended complaint, he has entered the word "willfully," also reviewing his amended dated May 15,2004, also reviewing said Motion to Amend, the plaintiff did not comply with Rule 7, notifying the opposing counsel, for this the Plaintiff apologizes for any incon-

venience this has caused the Court and opposing counsel. The Plaintiff prays that the corrections that have been made make the reading of the complaint very definitive, as the Plaintiff has submitted in earlier filings, this is a "landmark" civil suit, and the Plaintiff has attached the amended complaint.

For the foregoing reasons, the Plaintiff prays that his Motion to Amend Civil Complaint no. 04cv10263WGY be ALLOWED.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
This 18th day of June, 2004.

*Michael P. Andrewchuk*
Michael P. Andrewchuk

Respectfully submitted,
*Michael P. Andrewchuk*
Michael P. Andrewchuk,
Plaintiff, pro-se
10 Kendall Street
Lawrence, Mass. 01841
Tel(978)682-5988