UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                        )
MICHAEL P. ANDREWCHUK,
                Plaintiff               )
                                        )
        V                               
                                        )
ALAN L. LBOVIDGE ET AL.,
                Defendant(s)            )
                                        )
```

FILED
IN CLERKS OFFICE
2004 JUN 17 A 10: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

### AFFIDAVIT OF COMPLIANCE BY PLAINTIFF

I, Michael P. Andrewchuk, plaintiff, hereby depose and state:

1. I am the Plaintiff in this civil action.

2. On Monday, June 14, 2004, I attempted to contact by phone asst' U.S. attorney, Ms. Torres, left message that the Plaintiff would be filing this motion, onTuesday, June 15, 2004 again attempted to contact by phone, left second mesage.

3. On Monday, June 14, 2004 approximately 4:15 P.M., the Plaintiff spoke with Asst' attorney General Stanhill, notifying him of this Motion to be filed, could not Narrow the issues.

   SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, this 17th day of June, 2004.

                                        _____
                                        Michael P. Andrewchuk

## CERTIFICATE OF SERVICE

I, Michael P. Andrewchuk, plaintiff, pro-se, do hereby certify that true copies of the foregoing documents were mailed by first class mail, postage prepaid, this 17th day of June, 2004 to the following counsel:

Gina Y. Walcott-torres
Asst' U.S. attorney
United States Attorney's Office
1 Courthouse way, Suite 9200
Boston, Massachusetts 02210

David B. Stanhill
Asst' attorney General
Office of the attorney General
One ashburton Place
Boston, Massachusetts 02108

_____
Michael P. Andrewchuk