UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. ANDREWCHUK, )<br>      Plaintiff<br>)<br>)<br>V.    )<br>)<br>ALAN LeBOVIDGE, et al.,<br>      Defendant (s)  )<br>)  | Civil action no. 04cv10263-WGY |

### PLAINTIFF'S REPLY TO DEFENDANTS ROCKETT, LeBOVIDGE, SMITH, MARGARET ID #5004, AND LISEE MOTION TO DISMISS.

The plaintiff moves this honorable Court to Accept his Reply to Defendants Rockett, Lebovidge, Smith, Margaret ID# 5004 and Lisee Motion to Dismiss Plaintiff's Amended Civil Complaint, the Plaintiff refiled his Motion to amend Civil Complaint on Thursday, June 17, 2004, reason being that his earlier filing on May 17, 2004, the Plaintiff did not COMPLY with Fed. R. 7.1.

The plaintiff reserves the right to oppose the Defendants Motion to Dismiss Amended Complaint if they Oppose Plaintiff's Motion to amend filed on June 17, 2004, and the Plaintiff would be remiss, he spoke with their Attorney on Monday, June 14, 2004, to notify him of the Plaintiff's refiling his Motion to amend with amended complaint.

Respectfully submitted,

*[signature: Michael Andrewchuk]*

Michael P. Andrewchuk,
      Plaintiff, pro-se
10 Kendall street
Lawrence, Mass. 01841
Tel(978)682-5988

## CERTIFICATE OF SERVICE

I, Michael P. Andrewchuk, plaintiff, pro-se, do hereby certify that true copies of the foregoing documents were mailed by first class mail, postage prepaid, this 19th day of June, 2004 to the following counsel:

Gina Y. Walcott-Torres
Asst' U.S. Attorney
United States Attorney's Office
U.S. Courthouse
1 Courthouse Way, suite 9200
Boston, Massachusetts 02210

David B. Stanhill
Asst' Attorney General
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108

*/s/ Michael P. Andrewchuk*
Michael P. Andrewchuk