Dated; July 14, 2004

Filed in Clerk's Office; July 14, 2004

OFFICE OF THE CLERK
U.S. COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
FAX-(617)748-9096

Re: Andrewchuk v. LeBovidge et al.,
    USDC C.A. # 04cv10263-WGY

Dear Clerk;

    Please find enclosed to be filed in your Usual manner, Plaintiff's :

1. Statement of Fact.

2. Certificate of Service.

    Thank you for your attention to this matter.

                                            Very truly yours,

                                            Michael P. Andrewchuk,
                                                Plaintiff, pro-se
                                            10 Kendall Street
                                            Lawrence, Mass. 01830
                                            Tel(978)682-5988

MPA
Enclosures
Cc: Asst' Att. Gen. David Stanhill
    Asst' U.S. attorney Gina Y. Walcott-Torres

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL 14  P 12: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHAEL P. ANDREWCHUK,  )
      Plaintiff )
)
)
v. ) C.A. ACTION NO. 04cv10263WGY
)
)
)
ALAN LeBOVIDGE ET AL., )
      Defendant (s) )

## PLAINTIFF'S STATEMENT OF FACT

Now comes the Plaintiff, Michael P. Andrewchuk, pro-se, and moves this Honorable Court to Accept this statement of Fact in light that some strange events Have transpired within the last month, upon receiving a copy of the up-dated docket Entries yesterday, the Plaintiff FAXED to the attention of Marie Bell, docket clerk To the Honorable Chief Judge Young, his Statement of Fact, also within Certificate Of service where he also faxed the duplicate document to opposing counsel, please See attached copy of his statement of fact dated July 13, 2004. Paraphrasing the Statement of Fact faxed yesterday, the Plaintiff has been a victim where the Court Notified opposing counsel that his first Motion to Amend was ALLOWED, but the Plaintiff was not notified, where the Plaintiff filed a second Motion to amend where Within the Plaintiff's first Motion to Amend he did not COMPLY with Rule 7, but

Very suspiciously the day after the Plaintiff filed his second Motion to Amend, He received the Commonwealth's second Motion to dismiss, the Asst' attorney General Stanhill was filing Motion to Dismiss the Plaintiff's Amended complaint, You can only filed an opposition to said amended complaint when it has been Allowed, Mr. Stanhill knew it was Allowed, but the Plaintiff knew no such thing, But this is all clearly defined in the Plaintiff's statement of fact which he faxed Yesterday to the Court and opposing counsel, also attached is a print-out from American Speedy, activity report showing the three aforementioned faxes which the plaintiff had To endure the cost of $21.00, fax # 617-748-9096, the Federal court, #617-748-3974, The U.S. attorney, #617-727-3251, the Attorney General of Massachusetts.

    In light that all parties are appearing in Court tomorrow for a so-called Hearing, a "reasonable person" would conclude because of the unethical and possible Sinister nature of what the Plaintiff discovered yesterday when he obtained a copy Of the docket entries, forgive the Plaintiff, but he suspects something is in the works Also in light that his ex-wife told him Monday night that she will be in Court Thursday, The fifteenth of July, 2004, a party to the suit who is already in Default has so declared By the Court, so with all due respect, not to be repetitive, the Plaintiff will rest on his Papers and will watch the proceedings.

Signed under the pains and penalties of perjury this 14th day of July, 2004.

*Michael P. Andrewchuk*
Michael P. Andrewchuk

Respectfully submitted,

*Michael P. Andrewchuk*
Michael P. Andrewchuk,
      Plaintiff, pro-se
10 Kendall street
Lawrence, Mass. 01841
Tel9978)682-5988

### CERTIFICATE OF SERVICE

I, Michael P. Andrewchuk, pro-se, do hereby certify that the foregoing document was Sent to the following counsel this 14th day of July, 2004 by first class mail, postage prepaid:

Asst' Attorney General David Stanhill
One Ashburton Place
Boston, Mass. 02108-1598

Asst' U.S. Attorney General Gina Y. Walcott-Torres
Office of the U.S. attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, Mass.   02210

*Michael P. Andrewchuk*
Michael P. Andrewchuk

Dated; July 13, 2004                                            Fax today July 13, 2004

MARIE BELL
DOCKET CLERK TO
CHIEF JUDGE YOUNG
U.S. COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS  02210
FAX-(617)748-9096

Re: Andrewchuk v. LeBovidge et al.,
    USDC C.A. # 04cv10263-WGY


Dear Ms. Bell;

    Please forgive my indulgence, please find enclosed to be filed in your Usual manner, Plaintiff's Statement of Fact in the above-entitled civil matter, this Was FAX to your attention in light of the Plaintiff receiving a copy of the updated Docket entries.

    Also you will find enclosed Certificate of Service also FAX to counsel of Record.

    Thank you for your attention to this matter.

                                          Very truly yours,

                                          Michael P. Andrewchuk,
                                             Plaintiff, pro-se
                                        10 Kendall Street
                                        Lawrence, Mass. 01830
                                        Tel(978)682-5988

MPA
Enclosures
Cc: Asst' Att. Gen. David Stanhill
    Asst' U.S. attorney Gina Y. Walcott-Torres

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. ANDREWCHUK,   )
      Plaintiff   )
                         )
v.                     )      C.A. ACTION NO. 04cv10263WGY
                      )
ALAN LeBOVIDGE ET AL.,   )
      Defendant (s)   )

PLAINTIFF'S STATEMENT OF FACT

Now comes the Plaintiff, Michael P. Andrewchuk, pro-se, and moves this Honorable Court to Accept this statement of Fact in light that some strange events Have transpired within the last month, upon receiving a copy of the up-dated docket Entries today, the Plaintiff filed a motion to Amend, docket entry no.56, please see Attached copy of the docket entries, page 9, dated July 13, 2004, this was filed on June 17, 2004, this was the second filing of Plaintiff's Motion to amend, he also Filed a Motion to Amend his Civil complaint, see attached copy of docket entries, Page 7, no. 35, dated May 17, 2004, not hearing from the Court re: his first Motion To Amend dated May 17, 2004, it came to the attention of the Plaintiff that he did not COMPLY with Fed. R. 7, notifying opposing counsel of said filing, that is Why he filed His second Motion to amend, and even spoke with Asst. attorney General Stanhill, a

Couple days earlier to inform him of the correction, then a day after the Plaintiff filed His Motion to amend dated June 17, 2004, the next day the Plaintiff received a second Motion to Dismiss from Stanhill, a repeat of his first Motion to Dismiss, which the Plaintiff timely filed his Opposition and "blew" him out of the water, the Plaintiff Being confused, Asst. Gen. Stanhill's Motion to dismiss the Plaintiff's amended com-Plaint was strange, you can only file opposition to a amended complaint after it was Allowed, the Plaintiff implied that in his Response, see page 9, docket entry no. 59, 'low and behold," upon reviewing the docket entries today, the Plaintiff comes across page 8, of the docket entry no. 48, part three (30), quote, " Judge William Young: Electronic ORDER granting 35 Motion to amend Complaint," the Opposing counsel Were in receipt of the Court granting the Plaintiff's Motion, but the Plaintiff was not Informed, What is this all about. So here sits the Plaintiff, he files a second Motion to Amend, he looks like some ASS, and the Clerk knowing that something was abiss, never In the last month took the time to inform the Plaintiff of what transpired.

Is this Due Process, to say that a BIAS has now been established very unfairly, but Reviewing the Plaintiff's Opposition to State and Federal Motions to Dismiss, the Plaintiff was fully prepared, and now the Plaintiff has been put in a very unfair position Appearing in this Court on July 15, 2004, so with all due Respect, the Plaintiff will let His papers speak, and will watch the proceedings very carefully.

Signed under the pains and penalties of perjury this 13th day of July, 2004.

*[signature]*
Michael P. Andrewchuk

Respectfully submitted,

*[signature]*
Michael P. Andrewchuk,
      Plaintiff, pro-se
10 Kendall street
Lawrence, Mass. 01841
Tel9978)682-5988

## CERTIFICATE OF SERVICE

I, Michael P. Andrewchuk, pro-se, do hereby certify that the foregoing document was FAXED to the following counsel this 13th day of July, 2004.

Asst' Attorney General David Stanhill
One Ashburton Place
Boston, Mass. 02108-1598
Fax # 617-727-3251

Asst' U.S. Attorney General Gina Y. Walcott-Torres
Office of the U.S. attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, Mass.   02210
Fax # 617-748-3974

*[signature]*
Michael P. Andrewchuk

| | | |
|---|---|---|
| | | Rockett, Marilyn Ray Smith. (Stanhill, David) (Entered: 06/14/2004) |
| 06/16/2004 | | NOTICE of Hearing on Motion 52 MOTION to Dismiss *Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)*, 54 MOTION to Dismiss, 32 MOTION to Dismiss: Motion Hearing set for 7/15/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. Opposition is due by June 23, 2004. Reply brief, if any, is due by July 6, 2004. cc/cl(Smith, Bonnie) (Entered: 06/16/2004) |
| 06/17/2004 | 56 | MOTION to Amend 1 Complaint by Michael P. Andrewchuk.(Bell, Marie) (Entered: 06/21/2004) |
| 06/17/2004 | 57 | AFFIDAVIT of Compliance by Michael P. Andrewchuk re 56 MOTION to Amend 1 Complaint by Michael P. Andrewchuk. (Bell, Marie) (Entered: 06/21/2004) |
| 06/21/2004 | 58 | Opposition re 52 MOTION to Dismiss *Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)* filed by Michael P. Andrewchuk. (Bell, Marie) (Entered: 06/22/2004) |
| 06/21/2004 | 59 | RESPONSE to Motion re 54 MOTION to Dismiss filed by Michael P. Andrewchuk. c/s. (Bell, Marie) (Entered: 06/22/2004) |

| | | |
|---|---|---|
| | | (Stanhill, David) (Entered: 05/07/2004) |
| 05/07/2004 | 34 | AFFIDAVIT of David B. Stanhill by Alan L. Lebovidge, Rodney G. Lisee, Margaret ID #5004, Edward J. Rockett, Marilyn Ray Smith. (Stanhill, David) (Entered: 05/07/2004) |
| 05/17/2004 | 35 | MOTION to Amend 1 Complaint by Michael P. Andrewchuk. c/s (Bell, Marie) (Entered: 05/18/2004) |
| 05/17/2004 | 36 | Objection to 32Defendant's Rockett, LeBovidge, Smith, Margaret ID#5004 and Lisee MOTION to Dismiss. c/s. (Bell, Marie) (Entered: 05/18/2004) |
| 05/17/2004 | 37 | Request for notice of default against J. Martin Mills. (Bell, Marie) (Entered: 05/19/2004) |
| 05/17/2004 | 38 | Request for notice of default against Dr. Sherri Z. Heller. (Bell, Marie) (Entered: 05/19/2004) |
| 05/17/2004 | 39 | Request for notice of default against John W. Snow. (Bell, Marie) (Entered: 05/19/2004) |
| 05/17/2004 | 40 | Request for notice of default against Richard L. Gregg. (Bell, Marie) (Entered: 05/19/2004) |
| 05/20/2004 | 41 | MOTION for Default Judgment as to Daniel McCarthy by Michael P. Andrewchuk.(Bell, Marie) (Entered: 05/20/2004) |
| 05/20/2004 | 42 | MOTION for Default Judgment as to Paula D. Andrewchuk by Michael P. Andrewchuk.(Bell, Marie) (Entered: 05/20/2004) |
| 05/25/2004 | 43 | NOTICE: Clerk's ENTRY OF DEFAULT as to Richard L. Gregg (Bell, Marie) (Entered: 05/25/2004) |
| 05/25/2004 | 44 | NOTICE: Clerk's ENTRY OF DEFAULT as to Dr. Sherri Z. Heller (Bell, Marie) (Entered: 05/25/2004) |
| 05/25/2004 | 45 | NOTICE: Clerk's ENTRY OF DEFAULT as to J. Martin Mills (Bell, Marie) (Entered: 05/25/2004) |
| 05/25/2004 | 46 | NOTICE: Clerk's ENTRY OF DEFAULT as to John Snow (Bell, Marie) (Entered: 05/25/2004) |
| 05/25/2004 | 47 | MOTION for Extension of Time to June 7, 2004 to File Response/Reply by Richard L. Gregg, Sherri Z. Heller, J. Martin Mills, John Snow.(Walcott-Torres, Gina) (Entered: 05/25/2004) |

| 05/25/2004 | 48 | NOTICE of Change of Address by David B. Stanhill (Stanhill, David) (Entered: 05/25/2004) |
|---|---|---|
| 05/26/2004 |  | Judge William G. Young : ELECTRONIC ORDER entered granting 47 Motion for Extension of Time to File Response TO COMPLAINT re 47 MOTION for Extension of Time to June 7, 2004 to File Response Responses due by 6/7/2004. The request for default are denied. cc/cl (Smith, Bonnie) (Entered: 05/26/2004) |
| 06/04/2004 |  | Judge William G. Young : ELECTRONIC ORDER entered granting 35 Motion to Amend Complaint (Bell, Marie) (Entered: 06/04/2004) |
| 06/04/2004 | 49 | AMENDED COMPLAINT against Paula D. Andrewchuk, Richard L. Gregg, Sherri Z. Heller, Alan L. Lebovidge, Rodney G. Lisee, Margaret ID #5004, Daniel McCarthy, J. Martin Mills, Edward J. Rockett, Marilyn Ray Smith, John Snow , filed by Michael P. Andrewchuk. c/s(Bell, Marie) (Entered: 06/04/2004) |
| 06/08/2004 | 50 | MOTION to Dismiss by Richard L. Gregg, Sherri Z. Heller, J. Martin Mills, John Snow.(Farquhar, Rayford) (Entered: 06/08/2004) |
| 06/08/2004 | 51 | MEMORANDUM in Support re 50 MOTION to Dismiss filed by Richard L. Gregg, Sherri Z. Heller, J. Martin Mills, John Snow. (Attachments: # 1)(Farquhar, Rayford) (Entered: 06/08/2004) |
| 06/09/2004 | 52 | MOTION to Dismiss *Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)* by Richard L. Gregg, Sherri Z. Heller, J. Martin Mills, John Snow.(Walcott-Torres, Gina) (Entered: 06/09/2004) |
| 06/09/2004 | 53 | MEMORANDUM in Support re 52 MOTION to Dismiss *Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)* filed by Richard L. Gregg, Sherri Z. Heller, J. Martin Mills, John Snow. (Attachments: # 1 # 2)(Walcott-Torres, Gina) (Entered: 06/09/2004) |
| 06/10/2004 |  | Motion terminated: 50 MOTION to Dismiss and Memorandum in Support (Doc. #51)filed by John Snow, Richard L. Gregg, J. Martin Mills, Sherri Z. Heller. (Correct Motion to Dismiss with attachments and Memorandum in Support (Doc. #'s 52 and 53) filed by Gina Walcott-Torres on 6/9/04) (Bell, Marie) (Entered: 06/10/2004) |
| 06/14/2004 | 54 | MOTION to Dismiss by Alan L. Lebovidge, Rodney G. Lisee, Margaret ID #5004, Edward J. Rockett, Marilyn Ray Smith.(Stanhill, David) (Entered: 06/14/2004) |
| 06/14/2004 | 55 | MEMORANDUM in Support re 54 MOTION to Dismiss filed by Alan L. Lebovidge, Rodney G. Lisee, Margaret ID #5004, Edward J. |

ACTIVITY REPORT

```
TIME : 07/13/2004 13:28
NAME : AMERICAN SPEEDY PRNT
FAX  : 978-373-8934
TEL  : 978-373-0135
```

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|
| 07/12 | 11:09 | 9783739232 | 02:15 | 04 | OK | TX | |
| 07/12 | 11:32 | | 21 | 01 | OK | RX | ECM |
| 07/12 | 11:36 | 949-679-5837 | 55 | 01 | OK | RX | ECM |
| 07/12 | 13:43 | RIS | 26 | 01 | OK | TX | ECM |
| 07/12 | 13:48 | MAJESTIC PAPER | 29 | 01 | OK | TX | ECM |
| 07/12 | 14:09 | 19787394629 | 02:02 | 02 | OK | TX | ECM |
| 07/12 | 14:24 | MAJESTIC PAPER | 25 | 01 | OK | TX | ECM |
| 07/12 | 14:42 | 5086162997 | 01:16 | 01 | OK | RX | ECM |
| 07/12 | 15:43 | RIS PAPER CO | 01:11 | 02 | OK | RX | ECM |
| 07/12 | 18:28 | | 01:12 | 01 | OK | RX | ECM |
| 07/13 | 01:51 | FAX | 56 | 01 | OK | RX | ECM |
| 07/13 | 05:27 | V  F | 49 | 01 | OK | RX | ECM |
| 07/13 | 06:55 | 9784699438 | 33 | 01 | OK | RX | ECM |
| 07/13 | 06:57 | 978 975 4559 | 39 | 01 | OK | RX | |
| 07/13 | 07:14 | | 51 | 01 | OK | RX | ECM |
| 07/13 | 07:17 | 9784699438 | 33 | 01 | OK | RX | ECM |
| 07/13 | 07:42 | 9784699438 | 33 | 01 | OK | RX | ECM |
| 07/13 | 07:45 | DAVID LIVESEY | 01:17 | 01 | OK | TX | |
| 07/13 | 08:05 | 9785215678 | 01:28 | 05 | OK | TX | ECM |
| 07/13 | 08:08 | 19789779146 | 46 | 02 | OK | TX | ECM |
| 07/13 | 08:21 | 603 898 0007 | 02:49 | 03 | OK | RX | ECM |
| 07/13 | 08:52 | DENNCO | 01:39 | 03 | OK | TX | ECM |
| 07/13 | 09:02 | 16033828801 | 24 | 01 | OK | TX | ECM |
| 07/13 | 09:21 | T    D | 51 | 01 | OK | RX | ECM |
| 07/13 | 12:07 | BCE | 01:28 | 01 | OK | TX | ECM |
| 07/13 | 12:18 | 9783732067 | 01:14 | 02 | OK | TX | |
| 07/13 | 12:53 | BCE | 49 | 01 | OK | TX | ECM |
| 07/13 | 13:12 | 16177489096 | 03:29 | 08 | OK | TX | ECM |
| 07/13 | 13:17 | 16177483974 | 03:32 | 08 | OK | TX | ECM |
| 07/13 | 13:22 | 16177273251 | 04:46 | 08 | OK | TX | |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
CA  : CALL BACK MSG
POL : POLLING
```