SCANNED
DATE: 06-21-04
BY: [signature]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. ANDREWCHUK,
    Plaintiff

V.

CIVIL ACTION NO.
04-CV-10263-WGY

ALAN L. LEBOVIDGE, Commissioner of
    DEPARTMENT of REVENUE (DOR),
MARILYN RAY SMITH, Deputy COMM.,DOR, OF
    The Child Support Enforcement Division,
MARGARET ID# 5004,Agent for Child Support Enforcement
    Division,
RODNEY G. LISEE, Agent for Child Support Enforcement
    Division,
PAULA D. ANDREWCHUK,
ATTORNEY DANIEL McCARTHY,
EDWARD J. ROCKETT, PROBATE and FAMILY COURT
    JUSTICE for MASSACHUSETTS,
JOHN W. SNOW, SECRETARY OF U.S. TREASURY,
RICHARD L. GREGG, COMMISSIONER FINANCIAL MGT. SERVICE,
J. MARTIN MILLS, ASST. COMMISSIONER, DEPT. of
    TREASURY, FINANCIAL MANAGEMENT
    Service,

DR. SHERRI Z. HELLER, FEDERAL COMMISSIONER OF
    CHILD SUPPORT ENFORCEMENT (OCSE),
    Defendants

ADDRESSES FOR PLAINTIFF
And DEFENDANTS

PLAINTIFF:

    MICHAEL P. ANDREWCHUK
    10 KENDALL STREET
    LAWRENCE, MASS.   01841
    (978)682-5988

DEFENDANTS:

    ALAN L. LeBOVIDGE
    51 SLEEPER STREET
    P.O. BOX 9494
    BOSTON, MASS.  02205
    TEL.: (617)887-6367

    MARILYN RAY SMITH
    51 SLEEPER STREET
    P.O. BOX 9494
    BOSTON, MASS.  02205
    (800)332-2733

    MARGARET ID # 5004
    Child Support Enforcement Division
    P.O. Box 4068
    BOSTON, MASS.  02205
    (800)332-2733

    RODNEY G. LISEE
    CHILD SUPPORT ENFORCEMENT DIVISION
    115 STATE STREET
    SPRINGFIELD, MASS.  01103
    (413)452-1040

    PAULA D. ANDREWCHUK
    469 WAVERLY ROAD
    NORTH ANDOVER, MASS. 01845
    (978)685-3594

    ATTORNEY DANIEL McCARTHY
    ATTORNEY AT LAW
    261 COMMON STREET
    LAWRENCE, MASS. 01840
    (978)681-0302

    EDWARD J. ROCKETT
    MASS. PROBATE and FAMILY COURT JUSTICE
    208 CAMBRIDGE STREET
    CAMBRIDGE, MASS. 02141-0005
    (617)768-5899

JOHN W. SNOW, SECRETARY of U.S.>
DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20220
(202)622-2000

RICHARD L. GREGG
COMMISSIONER OF FIN.MGT. SERVICE
401 14th street, S.W.
WASHINGTON, D.C. 20
(202) 874-7000


J. MARTIN MILLS
ASST.' COMMISSIONER of FINANCIAL
MANAGEMENT SERVICE
401 14th STREET, S.W. ROOM 556C
WASHINGTON, D.C. 20227
(202)874-7000

DOCTOR   SHERRI Z. HELLER
 COMM. Of the FEDERAL OFFICE
 CHILD SUPPORT ENFORCEMENT
 370 L'ENFANT PROMENADE, S.W.
 WASHINGTON, D.C. 20201


## JURISDICTION

The PLAINTIFF brings forward this 42 $ 1983 CIVIL RIGHTS suit where this

COURT complete and unchallenged jurisdiction, as the U.S. SUPREME COURT DECLARED

all 1983 suits should be filed in FEDERAL COURT because of political sensitivity and

unpopular PLAINTIFFS.


## AMENDED COMPLAINT

THE DEFENDANTS, LeBOVIDGE, SMITH, MARGARET ID# 5004,Andrewchuk

conspired to falsify documents and forward them to the federal OFFICE of CHILD SUPPORT ENFORCEMENT TO EXECUTE A FEDERAL TAX INTERCEPT, said DEFENDANTS KNOWINGLY AND INTENTIONALLY VIOLATED FEDERAL LAW, by not first serving the PLAINTIFF with required NOTICE TO INFORM HIM OF POSSIBLE CHILD SUPPORT ARREARS, as required under FED. Law, 42 U.S.C.S. 664, this was done during the calendar month of MARCH,2003, the tax intercept was executed by the Financial Man. Service on or about May 2,2003 for the amount of $685.00

The foregoing defendants also by violating Fed. Law 42 U.S.C.S. 664, UNDER STATE LAW, M.G.L.A. 119D $ 6 (b), were required to serve NOTICE prior to fed. TAX INTERCEPT, they knowingly violated state LAW.

The foregoing DEFENDANTS violated MASS. STATE LAW, M.G.L.119, 6(B) (2) WHEN they intercepted the PLAINTIFF'S STATE TAX REFUND, IN THE sum OF $301.00 plus $10.00 processing fee, date of intercept May 31,2003 without serving the PLAINTIFF with the required NOTICE prior to the tax intercept.

THE FOREGOING defendants knowingly and intentionally VIOLATED FEDERAL LAW WHEN UPON RECEIVING the PLAINTIFF's REQUEST FOR REVIEW, they DENIED the PLAINTIFF A HEARING within twenty-one days,(21),as required under FED.LAW 45 C.F.R. $303.72 (F)., DATE OF plaintiff's request, June 4,2003.

The foregoing DEFENDANTS by depriving the PLAINTIFF OF A hearing UPON receipt of his REQUEST FOR REVIEW, KNOWINGLY VIOLATED STATE LAW M.G.L.A. C.62D $ 6, again to be scheduled within twenty-one days,(21), date of PLAINTIFF'S REQUEST FOR REVIEW WAS JUNE 4,2003.

The foregoing DEFENDANTS then CONSPIRED with DEFENDANTS ANDREWCHUK, McCARTHY, and ROCKETT to create a SEPARATION AGREEMENT where the PLAINTIFF and DEFENDANT ANDREWCHUK under MASS. LAW, 208 1A, where DEFENDANT ROCKETT instructed DEFENDANT McCARTHY TO include language that the PLAINTIFF OWED BACK CHILD SUPPORT, WHERE ALL defendants knew of the pending REVIEW still with the DOR, where then DEFENDANT ROCKETT would then issue JUDGMENT FOR DIVORCE NISI DATED August 28,2003 accepting the SEPARATION AGREEMENT but as part of his ORDER he preserved the "ALLEGED CHILD SUPPORT ARREARAGES, DEFENDANT ROCKETT knew that he lacked complete jurisdiction to issue said ORDER, where DEFENDANT ROCKETT knowingly violated Mass. Law M.G.L. C.119A, $ 7B (11).

Defendants SNOW, MILLS, HELLER and GREGG then violated FED.LAW 26 U.S.C.S. 7422, upon receipt of the PLAINTIFF'S CLAIM for REFUND dated October 15,2003, conspiring with DEFENDANTS LeBOVIDGE, and SMITH issued NOTICE of DENIAL by knowingly making FALSE STATEMENTS, said NOTICE dated December 16,2003.

DEFENDANT LISEE conspiring with DEFENDANTS LeBOVIDGE, SMITH, issued a "final determination letter,' dated January 22,2004 stating that the PLAINTIFF owed $392.00, a NOTICE that was full of intentionally false statements, untimely and unlawful, where he intentionally disregarded the Plaintiff's Request for Review, and his letter was "only' to the Plaintiff's Claim for Refund addressed to Defendant Snow..

The PLAINTIFF brings forward this 42 $1983 civil rights COMPLAINT where the above-named DEFENDANTS knowingly, intentionally and with the highest degree of malice violated FEDERAL and STATE laws in the unconstitutional deprivation of the PLAINTIFF'S property, the most willful deprivation of the PLAINTIFF'S FIFTH and FOURTEENTH amendments of the UNITED STATES CONSTITUTION.

## Background

The above deprivations inflicted upon the PLAINTIFF arose when the PLAINTIFF filed a DIVORCE COMPLAINT on February 1,2002, where he was suing the defendant, Paula D. ANDREWCHUK on grounds of adultery and irretrievable breakdown of their marriage, this action was filed in Lawrence Probate Court. Lawrence, Mass., docket no.02D-0239-DV1. Conspiring with Defendants Andrewchuk and McCarthy, Margaret ID 5004 knowingly and intentionally intercepted Plaintiff's Federal and State tax Refunds, in direct violation of federal and state laws, by refusing to serve the plaintiff with Notice prior and then conspiring with Defendant Lisee and others violated Federal and state Laws to procedural Due Process after the Plaintiff timely filed his Request for Review. Plaintiff never received a hearing and NEVER received a Disposition on his Request for Review. Defendants Snow, Gregg, and Mills knowing that the Plaintiff's federal tax refund had been unlawfully intercepted by Massachusetts' State Officials, then conspired to Deprive the PLAINTIFF of his due process rights under Federal Law by falsifying documents that included false and misleading facts. Further, ALL state Officials are being sued in their 'Official and Individual Capacities."

## Count 1-FEDERAL LAW-

1. Defendants LeBOVIDGE, SMITH, MARGARET ID5004 knowingly, intentionally

    And willfully violated FED. LAW 42 U.S.C.S. 664, BY FALSIFYING Government

    Documents and then forwarded to the Federal office of Child Support Enforcement

    Who proceeded to execute the federal tax intercept on May 2,2003, where they failed

    To serve the Plaintiff with the REQUIRED notice prior to said intercept.

2. Defendants LeBOVIDGE, SMITH and MARGARET ID #5004, and Lisee VIOLATED

    FED.LAW   45 C.F.R. $ 303.72 (f) when they knowingly and intentionally DENIED the

    PLAINTIFF to schedule a timely hearing upon the PLAINTIFF'S REQUEST FOR REVIEW,

    dated June 4, 2003 and to issue a decision to said review.

    WHEREFORE, the PLAINTIFF demands judgment against the DEFENDANTS;

    a. That the DAMAGE ACTUALLY CAUSED to the PLAINTIFF be

       Established.

    b. That the DAMAGE consequently caused to the PLAINTIFF be

       Established.

    c. That the DAMAGES be assessed against ALL DEFENDANTS.

    d. AND for such other relief that this COURT deems fair and just.

## Count 2-STATE LAW

3. The PLAINTIFF repeats and realleges each and every allegation contained in

    Paragraphs 1-2 of Count 1 of the PLAINTIFF'S complaint and incorporates them

Herein by reference.

4. DEFENDANTS LeBOVIDGE, SMITH and MARGARET ID #5004 knowingly, Intentionally and willfully violated Mass. State Law, M.G.L. 119d $6 (B)(2) BY not serving the PLAINTIFF with the required NOTICE prior to their unlawful Intercept of the PLAINTIFF'S State Refund, on May 31, 2003.

5. DEFENDANTS LeBOVIDGE, SMITH and MARGARET ID #5004, and LISEE con- Spired to intentionally and willfully violated Mass. LAW M.G.L. C.62D $6 DEPRIVING The PLAINTIFF of a scheduled hearing within twenty-one days upon receipt of the PLAINTIFF'S REQUEST for Review and never issuing said decision of review.

Wherefore the PLAINTIFF demands judgment against the DEFENDANTS :

    a. That the DAMAGE actually caused to the PLAINTIFF be established.

    b. That the DAMAGE consequently caused to the PLAINTIFF be Established.

    c. That the DAMAGES be assessed against ALL DEFENDANTS.

    d. AND for such other relief that this honorable COURT may deem fair And just.

### COUNT 3-JURISDICTION

6. The PLAINTIFF repeats and realleges each and every allegation contained in paragraphs 1-2 of COUNT 1 and paragraphs 3-5 of Count 2 of this complaint and by reference Incorporates them into this count.

7. DEFENDANTS ANDREWCHUK and McCARTHY conspiring with DEFENDANTS LeBOVIDGE, SMITH and MARGARET ID#5004, and LISEE upon Plaintiff and Defendant

Andrewchuk coming to a separation agreement, produced said agreement that included

Under child support that the parties "acknowledge" that there are arrears and Defendant

Rockett would make it part of his Judgment Divorce Nisi dated August 28,2004, knowing

That the Plaintiff intercepts were unlawful and that the Plaintiff never received a

DECISION on his request for review, where Defendant Rockett knowing that he

Lacked jurisdiction to enter as part of his Divorce Decree any language re: ALLEGED

CHILD SUPPORT ARREARS.

Wherefore, the PLAINTIFF demands judgment against the defendants;

   a. That the DAMAGE actually caused to the PLAINTIFF be established.

   b. That the DAMAGE consequently caused to the PLAINTIFF be established.

   c. That the DAMAGES be assessed against ALL DEFENDANTS.

   d. AND for such other relief that this honorable COURT may deem fair And just.

### COUNT 4-DECEIT/FRAUD

8. The PLAINTIFF repeats and realleges each and every allegation contained in paragraphs 1-2 of COUNT 1, and paragraphs 3-5 of COUNT 2, and paragraphs 6-7 of COUNT 3 Of this complaint and by reference incorporates them into this count.

9. DEFENDANTS SNOW, MILLS, HELLER, and GREGG knowing that the PLAINTIFF federal Tax refund was unlawfully intercepted by Mass, OFFICIALS, knowingly, intentionally And willfully prepared a NOTICE of DENYING PLAINTIFF'S Claim for

REFUND Dated December 16, 2003 by making false and deceiving statements of FACT.

10. Defendant LISEE conspiring with defendants LeBOVIDGE, SMITH and MARGARET ID #5004, and Federal Officials prepared a letter of determination stating that the PLAINTIFF owed back child Support, a letter full of false, misleading and deceiving statements never issuing a decision on the Plaintiff's Review, only referring to Plaintiff's Claim for Refund.

WHEREFORE, the PLAINTIFF demands judgment against the DEFENDANTS;

    a. That the DAMAGE actually caused to the PLAINTIFF be established.

    b. That the DAMAGE consequently caused to the PLAINTIFF be established.

    c. That the DAMAGES be assessed against al DEFENDANTS.

    d. And for such other relief that this Court deems fair and just.

### COUNT 5-CONSTITUTIONAL DEPRIVATION

11. The PLAINTIFF repeats and realleges each and every allegation contained within Paragraphs 1-2 of COUNT 1, and paragraphs 3-5 of COUNT 2, and paragraphs 6-7 Of COUNT 3, and paragraphs 8-10 of COUNT 4 of this complaint and by reference Incorporates them into this count ..

12. THAT all DEFENDANTS within COUNTS 1-4 knowingly, intentionally, and with The highest degree of malice violated the PLAINTIFF's fifth amendment of the UNITED STATES CONSTITUTION, the unlawful deprivation of the PLAINTIFF'S Property.

13. That all DEFENDANTS within COUNTS 1-4 knowingly, intentionally, and with The highest degree of MALICE violated the PLAINTIFF'S fourteenth amendment

To the UNITED STATES CONSTITUTION, due process and equal protection of State and federal LAWS.

WHEREFORE, THE plaintiff DEMANDS judgment against ALL DEFENDANTS :

    a. THAT the DAMAGE actually caused to the PLAINTIFF be established.

    b. That the DAMAGE consequently caused to the PLAINTIFF be Established.

    c. That the DAMAGES be assessed against ALL DEFENDANTS within COUNTS 1-4.

    d. AND for such other relief that this COURT deems fair and just.

### COUNT 6-PAIN AND SUFFERING, AND EMOTIONAL DISTRESS.

14. The PLAINTIFF repeats and realleges each every allegation contained within Paragraph 1-2 COUNT 1, and paragraphs 3-5 of COUNT 2, and paragraphs 6-7 Of COUNT 3, and paragraphs 8-10 of COUNT 4, and paragraphs 11-13 of COUNT 5 Of this complaint and by reference Incorporates them into this count.

15. That ALL DEFENDANTS within COUNTS 1-4 knowingly, intentionally and Willfully violated the PLAINTIFF's fifth and fourteenth amendments as so Stated within COUNT 5, as a result inflicted pain and suffering, and emotional Distress upon the PLAINTIFF.

WHEREFORE, the PLAINTIFF demands judgment against ALL DEFENDANTS:

    a. That the DAMAGE actually caused to the PLAINTIFF be established.

    b. That the DAMAGE consequently caused to the PLAINTIFF be

Established.

    c. That the DAMAGES be assessed against ALL DEFENDANTS within COUNTS 1-4.

    d. AND for such relief that this COURT deems fair and just.

## DAMAGES

THE PLAINTIFF prays that all DEFENDANTS be ORDERED to pay the PLAINTIFF at least:

b

1. DEFENDANTS LeBOVIDGE, SMITH, MARGARET ID #5004 TO refund The PLAINTIFF's STATE REFUND of #311.00, trebled, plus interest

2. DEFENDANTS LeBOVIDGE, SMITH, MARGARET ID #5004, and LISEE the sum of $5,000.00 for compensatory damages EACH, $100,000.00 in punitive damages EACH.

3. DEFENDANTS ANDREWCHUK, McCARTHY, and ROCKETT the Sum of $5,000.00 EACH in compensatory damages, and $100,000.00 In punitive damages EACH.

4. DEFENDANTS SNOW, MILLS, HELLER, and GREGG to REFUND the PLAINTIFF'S FEDERAL TAX REFUND of $685.00, trebled, plus interest, plus $5,000.00 In compensatory damages    EACH, plus $10,000.00 in punitive damages EACH.

5. All COURT COSTS incurred by the PLAINTIFF in the litigation of this Action.

## JURY TRIAL BY HIS PEERS

The PLAINTIFF request a JURY TRIAL.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 18th day of June, 2004.

                                                        Michael P. Andrewchuk
                                                      Respectfully submitted,

                                                      Michael P. Andrewchuk
                                                      10 Kendall Street
                                                      Lawrence, Mass. 01841
                                                      (978) 682-5988