# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10263-WGY</u>

ANDREWCHUK
Plaintiff

v.

LEBOVIDGE, et al
Defendant

ORDER OF DISMISSAL

<u>YOUNG,C.J.</u>

After a hearing held on   JULY 15,2004   ,this Court Orders that Defendants' Motions to Dismiss are Allowed and the above entitled action be and hereby is Dismissed

Tony Anastas
Clerk

By:   /s/ Elizabeth Smith
      _____
      Deputy Clerk

July 15, 2004

Notice mailed to counsel of record.