UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETS

FILED
[stamp illegible]
2004 JUL 27 A 11: 52
U.S. DISTRICT COURT
DISTRICT OF MASS

MICHAEL P. ANDREWCHUK, )
    Plaintiff )
)
v. )   Civil Action No. 04-10263-WGY
)
ALAN LeBOVIDGE ET AL., )
    Defendant (s) )

**PLAINTIFF'S MOTION FOR MEMORANDUM AND ORDER**

Now comes the Plaintiff, Michael P. Andrewchuk, pro-se, and moves this honorable Court pursuant to Fed. Rules of Civil Procedure and the Plaintiff's 14th amendment to the United States Constitution, ALLOW his Motion for Memorandum and ORDER.  As reasons for, the Court conducted a **"fair hearing"** on July 15, 2004, and very abruptly stated Defendants' Motions to Dismiss ALLOWED, plaintiff was laughing, the Plaintiff immediately sent out a letter addressed to the very honorable Judge Young's docket clerk, Marie Bell, please see attached copy dated July 16, 2004, the next day the Plaintiff received from the Court, "order of dismissal" dated July 15, 2004, please see attached copy, now some ten (10) days have elapsed, **no memorandum and order, no entry of judgment**, in light that Defendants' Motion to Dismiss had multiple grounds, all frivolous, the Plaintiff has the legal and constitutional right to know on what "grounds" the Court "allowed" their motions to dismiss, so that the Plaintiff can **APPEAL**, to this **"Liberal" court**, we the american people have the right to still appeal, do we not.

ACCORDINGLY, the Court must ALLOW the Plaintiff's Motion for Memorandum and ORDER in protecting the Plaintiff's constitutional rights to Due process, and ISSUE said Memorandum and ORDER forthwith.

Signed under the Pains and Penalties of perjury this 26th day of July, 2004.

*Michael P. Andrewchuk*
Michael P. Andrewchuk

Respectfully submitted,
*Michael P. Andrewchuk*
Michael P. Andrewchuk,
Plaintiff, pro-se
10 Kendall Street
Lawrence, Mass. 01841
Tel(978)682-5988

## CERTIFICATE OF SERVICE

**I, Michael P. Andrewchuk, plaintiff, pro-se,** do hereby certify that a true copy of the foregoing document was mailed by first class mail, postage prepaid this 26th day of July, 2004 to the following counsel:

Asst' U.S. Attorney Gina Y. Walcott-Torres
U.S. Courthouse
1 Courthouse Way, suite 9200
Boston, Mass. 02210

Asst' Att. General David Stanhill
One Ashburton Place
Boston, Mass. 02108-1598

*Michael P. Andrewchuk*
Michael P. Andrewchuk

Dated: July 16, 2004

MARIE BELL
DOCKET CLERK TO
CHIEF JUDGE WILLIAM YOUNG
U.S. COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

RE: ANDREWCHUK V. LeBOVIDGE ET AL.,
U.S.D.C. C.A. #04cv10263-WGY

Dear Ms. Bell;

    I, the Plaintiff, Michael P. Andrewchuk, just informing the Court of What transpired in Courtroom 18, yesterday, Thursday, July 15, was amusing, YES, The Plaintiff was already pre-warned that the Judge was going to DISMISS the suit, On what GROUNDS, cannot wait to see, but the Court did acknowledge that the PLAINTIFF's pleadings were GOOD, but us federal liberal judges must protect the Government, of course the brillant legal minds that federal judges possess, reviewing The Plaintiff's civil complaint, and his oppositions to the state and federal motions to Dismiss, that the state "falsify" documents to illegally intercept the PLAINTIFF's Federal and state tax refunds, so what that the PLAINTIFF is an honorable citizen of This country, works very hard, has always paid his taxes for some 25 years honorably, This is "Kennedy" country, the government needs the federal judges in this state to Protect them, never was going to get to discovery, but even more laughable, Ms. Bell Not informing the PLAINTIFF of his first motion to amend was ALLOWED, but the government attorneys were informed, yes, something nefarious was in the works, but Please tell the JUDGE you and his reputation preceded my appearance in his Court-Room yesterday.
    Thank you for your time.

                                        Very truly yours,
                                        Michael P. Andrewchuk,
                                              Plaintiff, pro-se
                                        10 Kendall street
                                        Lawrence, Mass. 01830
                                        Tel(978)682-5988

MPA
Cc: Atts. Stanhill and Walcott-Torres

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                               Civil Action
                                                               No: <u>04-10263-WGY</u>

**ANDREWCHUK**
Plaintiff

v.

**LEBOVIDGE, et al**
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG, C.J.</u>

    After a hearing held on    JULY 15, 2004   , this Court Orders that Defendants' Motions to Dismiss are Allowed and the above entitled action be and hereby is Dismissed

Tony Anastas
Clerk

By: /s/ Elizabeth Smith
      _____
      Deputy Clerk

July 15, 2004