UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHAEL P. ANDREWCHUK,**<br>Plaintiff | )<br>)<br>)<br>) |
| V. | )    Civil Action No. 04cv10263-WGY<br>) |
| **ALAN LeBOVIDGE et al,**<br>Defendant (s) | )<br>) |

### PLAINTIFF'S MOTION FOR RECONSIDERATION

Now comes the plaintiff, Michael P. Andrewchuk, pro-se, and moves this Honorable Court to ALLOW his Motion for Reconsideration, to RECONSIDER the Court's Denying Plaintiff's Motion for a Memorandum and ORDER, please see attached Copy of the Court's Denial, dated August 24, 2004. As reasons for, the plaintiff had filed The aforementioned Motion for Memorandum and order dated July 26, 2004, please see Attached copy, pgs.1-5, where the Court ALLOWED Defendants' Motion to dismiss on July 15, 2004, the Plaintiff just realized that when he filed his Motion for Memorandum And Order that he did not COMPLY with "local rule 7.1 (a) (2), affidavit of compliance. ACCORDINGLY, the Court ALLOW his Motion for Reconsideration, and must Allow his Motion for Memorandum and ORDER to preserve his constitutional rights to Due Process.

Respectfully submitted,

*Michael Andrewchuk*
Michael P. Andrewchuk,
Plaintiff, pro-se
10 Kendall Street
Lawrence, Mass. 01841
Tel(978)682-5988