UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. ANDREWCHUK, )<br>      Plaintiff )<br>)<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>ALAN LeBOVIDGE ET AL., )<br>      Defendant (s) ) | Civil Action No. 04cv1026-WGY |

## PLAINTIFF'S AFFIDAVIT OF COMPLIANCE

I, Michael P. Andrewchuk, plaintiff, pro-se, hereby depose and state:

1. I am the Plaintiff in the above-entitled civil matter.

2. In compliance with rule 7.1 (a) (2) of the local rules of the U.S. District Court for Massachusetts, I attempted to confer with both counsel For the Defendants, Asst' U.S. attorney, Gina Y. Walcott-Torres and Asst' Attorney General David B. Stanhill, called on Friday, September 3, 2004 at approximately 11:30 a.m., they were both not in, left messages that the Plaintiff was filing his Motion for Reconsideration.

Signed under the pains and penalties of perjury this 3rd day of September, 2004.

                                                          _____
                                                          Michael P. Andrewchuk

## CERTIFICATE OF SERVICE

      I, Michael P. Andrewchuk, plaintiff, pro-se, do hereby certify that a true copy of the foregoing documents were served upon the following counsel, by first class mail, postage prepaid, this 3rd day of September, 2004:

Asst' U.S. Attorney Gina Y. Walcott-Torres
Office of the U.S. attorney
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Asst' Attorney General David B. Stanhill
Office of The Attorney General
One Ashburton Place
Boston, Massachusetts 02108-1598

                                                            Michael P. Andrewchuk