FILED
IN CLERKS OFFICE
2004 OCT 20 A 11: 07
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. ANDREWCHUK, Plaintiff

V. Civil action no. 04cv10263-WGY

ALAN LeBOVIDGE et al., Defendant (s)

PLAINTIFF'S MOTION TO VACATE

Now comes the Plaintiff, Michael P. Andrewchuk, pro-se, and pursuant to Fed. Rules of Civil Proceure, moves this honorable Court to ALLOW his Motion to Vacate, to Vacate its ORDER of **Dismissal dated July 15, 2004**, see attached copy, allowing Defendant's Motion to Dismiss in the above entitled civil matter. As reasons for, the Plaintiff timely filed his civil suit against a number of defendants, included within federal and state officials who knowingly violated federal and state laws in illegally intercepting the Plaintiff's federal and state refunds, the two defendant were ordered in Default, the remaining defendants, state and federal officials filed prior to Discovery motions to dismiss, of course the Plaintiff appearing pro-se was totally expected such filings, State officials' motion to dismiss filed May 7, 2004, entry no. 32-34, federal officials' motion to dismiss filed June 8, 004, entry no. 52 and 53, Of course Plaintiff timely filed his opposition to, these motions to dismiss were filed pursuant to Fed. R. 12 , where under federal law they are to be treated as R. 56 motions, summary judgment, both these motions

to dismiss contained multiple grounds, of course the Plaintiff addressed all grounds, the Court after a hearing on July 15, 2004, allowed defendants Motion to Dismiss, see the aforementioned order of dismissal, dated July 15, 2004, omitted from the Court's Order of dismissal, is a "Memorandum and Order," explaining on what grounds he Court allowed defendants Motion to Dismiss, the Court never issuing said "memorandum and order," The Plaintiff timely filed Motion for such memorandum and order, the Court DENIED said Motion, on August 23, 2004, see attached copy of computer printout, the Plaintiff 'amused" filed Motion for Reconsideration, that was also DENIED by the Court, see attached copy of computer printout dated October 12, 2004. The Court is Denying the Plaintiff equal protection and due process, WHY, how can the Plaintiff **"perfect an appeal"** if he does know on what grounds the Court allowed defendants motion to dismiss, of course the Court knows this, but obviously the Court has a bias against the plaintiff because he is pro-se, and the Plaintiff was already forewarned about the ideology of the **Trial Judge, "liberalism" at its best.**

ACCORDINGLY, THE Court must allow the Plaintiff's Motion to Vacate, and issued the following ORDER:

1. To vacate its order of dismissal, and **re-instate the civil suit, and ORDER discovery To commenced immediately.**
2. **To re-instate the two (2) Defaults**, defendants Andrewchuk and McCarthy and **ORDER monetary damages to the Plaintiff for said defaults.**

Signed under the pains and penalties of perjury this 19th day of October, 2004.

Michael P. Andrewhuk

Respectfully submitted,

Michael P. Andrewchuk,
Plaintiff, pro-se
10 Kendall Street
Lawrence, Mass. 01841
Tel(978)682-5988

## CERTIFICATE OF SERVICE

I, Michael P. Andrewchuk, plaintiff, pro-se, do hereby certify that a true copy of Plaintiff's Motion to Vacate was mailed by first class mail, postage prepaid this 19th day Of October, 2004 to the following counsel of record:

Asst' U.S. Attorney Gina Y. Walcott-Torres
Office of the U.S. attorney
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Asst' Attorney General David B. Stanhill
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108-1598

Michael P. Andrewchuk

Dated: October 19, 2004

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Civil Action
No: 04-10263-WGY

ANDREWCHUK
Plaintiff

v.

LEBOVIDGE, et al
Defendant

ORDER OF DISMISSAL

YOUNG,C.J.

After a hearing held on JULY 15,2004 ,this Court Orders that Defendants' Motions to Dismiss are Allowed and the above entitled action be and hereby is Dismissed

Tony Anastas
Clerk

By: /s/ Elizabeth Smith
Deputy Clerk

July 15, 2004

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Abaid, Kim entered on 8/24/2004 at 3:47 PM EDT and filed on 8/23/2004
Case Name: Andrewchuk v. Lebovidge et al
Case Number: 1:04-cv-10263
Filer:
WARNING: CASE CLOSED on 07/16/2004
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered denying [63] Motion for Memorandum and Order (Abaid, Kim)

The following document(s) are associated with this transaction:

1:04-cv-10263 Notice will be electronically mailed to:

Rayford A. Farquhar rayford.farquhar@usdoj.gov, ellen.souris@usdoj.gov;diana.gregg@usdoj.gov

David B. Stanhill David.Stanhill@ago.state.ma.us

Gina Y. Walcott-Torres Gina.Walcott@usdoj.gov, Diana.Gregg@usdoj.gov

1:04-cv-10263 Notice will not be electronically mailed to:

Michael P. Andrewchuk
10 Kendall Street
Lawrence, MA 01841

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bell, Marie entered on 10/12/2004 at 11:34 AM EDT and filed on 10/4/2004
Case Name: Andrewchuk v. Lebovidge et al
Case Number: 1:04-cv-10263
Filer:
WARNING: CASE CLOSED on 07/16/2004
Document Number:

Docket Text:
Judge William G. Young : ELECTRONIC ORDER entered denying [64] Motion for Reconsideration re Court's Denial of Motion for a Memorandum and Order. cc/cl. (Bell, Marie)

The following document(s) are associated with this transaction:

1:04-cv-10263 Notice will be electronically mailed to:

Rayford A. Farquhar rayford.farquhar@usdoj.gov, diana.gregg@usdoj.gov

David B. Stanhill David.Stanhill@ago.state.ma.us

Gina Y. Walcott-Torres Gina.Walcott@usdoj.gov, Diana.Gregg@usdoj.gov

1:04-cv-10263 Notice will not be electronically mailed to:

Michael P. Andrewchuk
10 Kendall Street
Lawrence, MA 01841

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED IN CLERKS OFFICE
2004 OCT 20 A 11: 07
U.S. DISTRICT COURT DISTRICT OF MASS

**MICHAEL P. ANDREWCHUK,** )
**Plaintiff** )
)
)
v.
)
)
)
**ALAN LeBOVIDGE ET AL.,** )
**Defendant(s)** )

**Civil Action no. 04cv10263-WGY**

**PLAINTIFF'S AFFIDAVIT OF COMPLIANCE**

I, Michael P. Andrewchuk, plaintiff, pro-se, depose and state:

1. I am the Plaintiff in the above-entitled civil matter.
2. In compliance with Fed. R. 7.1 (a) (2) of the local rules, of the United States District Court for Massachusetts, I attempted to confer With Asst. U. A. Attorney Gina Y. Walcott-Torres to try to narrow the Issues and notify her that I was filing Plaintiff's Motion to Vacate , I confer with Asst. Attorney General David B. Stanhill on Monday, October 18, 2004 regarding the Plaintiff's Motion to Vacate, and could Not narrow the issues.

Signed under the Pains and Penalties of Perjury this 19th day of October, 2004.

Michael P. Andrewchuk

**CERTIFICATE OF SERVICE**

I, Michael P. Andrewchuk, plaintiff, pro-se, do hereby certify that a true copy Of the foregoing document , Plaintiff's Affidavit of Compliance was mailed by first class mail, postage prepaid this 19th Day of October, 2004 to the following counsel of record:

Asst' U.S. Attorney Gina Y. Walcott-Torres
Office of The U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Asst' Attorney General David B. Stanhill
Office of The attorney General for the
Commonwealth of Massachusetts
One Ashburton Place
Boston, Massachusetts 02108-1598

Michael P. Andrewchuk

Dated: October 19, 2004