UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04cv10263-WGY

MICHAEL P. ANDREWCHUK, )
      Plaintiff
                          )

                          )
V.                       )      NOTICE OF APPEAL
                          )

                          )
ALAN LeBOVIDGE, ET AL.,
      Defendant (s) )

      Notice is hereby given that Michael P. Andrewchuk, plaintiff, pro-se, in the above named case, hereby Appeal to the United States Court of Appeals for the First Circuit from the District Court Dismissing the Plaintiff's civil suit, said Order dated July 15, 2004, please see enclosed copy of the Court' Order of Dismissal, ( **Court issued no Memorandum and Order**), this Appeal is timely filed after the District Court Denied Plaintiff's Motion for Memorandum and Order, see enclosed copy of Electronic filing dated August 24, 2004, after the District Court DENIED Plaintiff's Motion for Reconsideration, see enclosed copy of the Electronic filing dated October 12, 2004, after the District Court DENIED Plaintiff's Motion to Vacate, see enclosed copy of the Electronic filing dated November 9, 2004

                                              Respectfully submitted,
                                              Michael P. Andrewchuk,
                                                Plaintiff, pro-se
                                              10 Kendall Street
                                              Lawrence, Mass. 01841
                                             Tel(978)682-5988

Dated: November 18, 2004

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10263-WGY</u>

ANDREWCHUK
Plaintiff

v.

LEBOVIDGE, et al
Defendant

## ORDER OF DISMISSAL

<u>YOUNG,C.J.</u>

After a hearing held on    JULY 15,2004   ,this Court Orders that Defendants' Motions to Dismiss are Allowed and the above entitled action be and hereby is Dismissed

Tony Anastas
Clerk

By: /s/ Elizabeth Smith
_____
Deputy Clerk

July 15, 2004

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Abaid, Kim entered on 8/24/2004 at 3:47 PM EDT and filed on 8/23/2004
Case Name:      Andrewchuk v. Lebovidge et al
Case Number:    1:04-cv-10263
Filer:
WARNING: CASE CLOSED on 07/16/2004
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered denying [63] Motion for Memorandum and Order (Abaid, Kim)

The following document(s) are associated with this transaction:

1:04-cv-10263 Notice will be electronically mailed to:

Rayford A. Farquhar    rayford.farquhar@usdoj.gov, ellen.souris@usdoj.gov;diana.gregg@usdoj.gov

David B. Stanhill    David.Stanhill@ago.state.ma.us

Gina Y. Walcott-Torres    Gina.Walcott@usdoj.gov, Diana.Gregg@usdoj.gov

1:04-cv-10263 Notice will not be electronically mailed to:

Michael P. Andrewchuk
10 Kendall Street
Lawrence, MA 01841

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bell, Marie entered on 10/12/2004 at 11:34 AM EDT and filed on 10/4/2004
Case Name: Andrewchuk v. Lebovidge et al
Case Number: 1:04-cv-10263
Filer:
WARNING: CASE CLOSED on 07/16/2004
Document Number:

Docket Text:
Judge William G. Young : ELECTRONIC ORDER entered denying [64] Motion for Reconsideration re Court's Denial of Motion for a Memorandum and Order. cc/cl. (Bell, Marie)

The following document(s) are associated with this transaction:


1:04-cv-10263 Notice will be electronically mailed to:

Rayford A. Farquhar    rayford.farquhar@usdoj.gov, diana.gregg@usdoj.gov

David B. Stanhill    David.Stanhill@ago.state.ma.us

Gina Y. Walcott-Torres    Gina.Walcott@usdoj.gov, Diana.Gregg@usdoj.gov

1:04-cv-10263 Notice will not be electronically mailed to:

Michael P. Andrewchuk
10 Kendall Street
Lawrence, MA 01841

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bell, Marie entered on 11/9/2004 at 2:36 PM EST and filed on 11/9/2004
Case Name: Andrewchuk v. Lebovidge et al
Case Number: 1:04-cv-10263
Filer:
WARNING: CASE CLOSED on 07/16/2004
Document Number:

Docket Text:
Judge William G. Young : ELECTRONIC ORDER entered denying [66] MOTION to Vacate [62] Order Dismissing Case. cc/cl. (Bell, Marie)

The following document(s) are associated with this transaction:


1:04-cv-10263 Notice will be electronically mailed to:

Rayford A. Farquhar   rayford.farquhar@usdoj.gov, diana.gregg@usdoj.gov

David B. Stanhill   David.Stanhill@ago.state.ma.us

Gina Y. Walcott-Torres   Gina.Walcott@usdoj.gov, Diana.Gregg@usdoj.gov

1:04-cv-10263 Notice will not be electronically mailed to:

Michael P. Andrewchuk
10 Kendall Street
Lawrence, MA 01841