04-10263
Judge Young
USDC MA

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-2634

MICHAEL P. ANDREWCHUK,

Plaintiff, Appellant,

v.

ALAN LEBOVIDGE, ET AL.,

Defendants, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: November 15, 2005

Appellant, Michael P. Andrewchuk, appeals from the district court's dismissal of his 42 U.S.C. §1983 action. We may not review the July 16, 2004 order of dismissal as appellant's November 19, 2004 notice of appeal is untimely from that order. Fed. R. App. P. 4(a)(1)(B). However, construing appellant's motions for reconsideration (Docs. 63, 64) and motion to vacate (Doc. 66) as Rule 59(e) and Rule 60(b) motions, respectively, we may review the court's denial of these motions as the notice of appeal was arguably timely from those denial orders. Fed. R. App. P. 4(a)(1)(B) and 4(a)(4)(A).

Nonetheless, a review of those orders indicates that the district court did not abuse its discretion in denying the motions to reconsider and the motion to vacate. See <u>Marie v. Allied Home Mortgage Corp.</u>, 402 F.3d 1, 7 (1st Cir. 2005) (reviewing Rule 59(e) motions for abuse of discretion), <u>Gonzalez-Pina v. Rodriquez</u>, 407 F.3d 425, 433 (1st Cir. 2005) (reviewing Rule 60(b) motions for abuse of discretion). In light of the district court's

consideration of the motions to dismiss, and its allowance of two amendments of the complaint before dismissal, the court was under no further obligation to explain the grounds of dismissal in a written memorandum order.   See Fed. R. Civ. P. 52(a), Microfinancial, Inc. v. Premier Holidays Int'l, Inc., 385 F.3d 72, 77 (1st Cir. 2004).

Accordingly, the judgment of the district court is Affirmed.

By the Court:

Richard Cushing Donovan, Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/9/06

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Michael Andrewchuk, David Stanhill, AAG, Ernest Sarason Jr., AAG, Gina Walcott-Torres, Esq., Rayford Farquhar, AUSA]